FILED

2003 OCT 24 P 12: 05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD CT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PABLO ROSA, | \* | CIVIL ACTION NO: |
| Plaintiff. | \* | 3:00CV1367 (RNC) |
| | \* | |
| VS. | \* | |
| | \* | |
| TOWN OF EAST HARTFORD; | \* | |
| OFFICER WILLIAM PROULX; | \* | |
| OFFICER FRANCIS J. MCGEOUGH; | \* | |
| SGT. JAMES E. LEONARD; | \* | |
| OFFICER THOMAS CASTAGNA; | \* | |
| OFFICER JOHN DOE #1; | \* | |
| CHIEF JAMES W. SHAY. | \* | |
| OFFICER JOHN DOE #2; AND | \* | |
| Defendants. | \* | OCTOBER 23, 2003 |

### REQUEST FOR CONTINUANCE OF TIME TO FILE
### OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above-captioned matter hereby requests a ten day continuance to Monday, November 10, 2003, in which to file his opposition to Motion for Summary Judgment, on the following grounds, to wit:

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

1. Defendant's counsel has no objection to this request.

2. Ascertaining the disputed facts has taken longer than the undersigned counsel originally anticipated, since the facts are drawn from thousands of pages of materials and exhibits and approximately 18 depositions which have been taken in the case, to date.

3. The schedule of the undersigned counsel for the past two weeks has become difficult due to the unanticipated taking of several consecutive depositions over a several day period in another civil rights matter.

4. This is the second such request for a continuance.

5. A trial date has not yet been scheduled in this matter.

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP • ATTORNEYS AT LAW
136 WEST MAIN STREET • POST OFFICE BOX 2950 • NEW BRITAIN, CT 06050-2950 • (860) 229-4855 • (860) 225-8403 • JURIS NO. 37765
FAX: (860) 223-4026

**WHEREFORE**, the Plaintiff respectfully requests that the court grant a ten day extension in which to file his opposition to Motion for Summary Judgment, as set forth above.

**PLAINTIFF,
PABLO ROSA**

BY: *David K. Jaffe*
David K. Jaffe, Esq.,
Fed. Bar #04640
Eisenberg, Anderson, Michalik & Lynch
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950
Telephone: (860) 225-8403

- 3 -

## CERTIFICATION

This is to certify that the foregoing was mailed, postage prepaid, this 23rd day of October, 2003 to:

Daniel DeMerchant, Esq.
Howd and Ludorf
65 Wethersfield
Hartford, Connecticut 06106

*David K. Jaffe*
David K. Jaffe, Esq.

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP  •  ATTORNEYS AT LAW
136 WEST MAIN STREET  •  POST OFFICE BOX 2950  •  NEW BRITAIN, CT 06050-2950  •  (860) 229-4855  •  (860) 225-8403  •  JURIS NO. 37765
FAX: (860) 223-4026