*October 30, 2003. Granted. So ordered.*
*Robert N. Chatigny, U.S.D.J.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PABLO ROSA, | * | CIVIL ACTION NO: |
| Plaintiff. | * | 3:00CV1367 (RNC) |
| | * | |
| VS. | * | |
| | * | |
| TOWN OF EAST HARTFORD; | * | |
| OFFICER WILLIAM PROULX; | * | |
| OFFICER FRANCIS J. MCGEOUGH; | * | |
| SGT. JAMES E. LEONARD; | * | |
| OFFICER THOMAS CASTAGNA; | * | |
| OFFICER JOHN DOE #1; | * | |
| CHIEF JAMES W. SHAY. | * | |
| OFFICER JOHN DOE #2; AND | * | |
| Defendants. | * | OCTOBER 23, 2003 |

### REQUEST FOR CONTINUANCE OF TIME TO FILE
### OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above-captioned matter hereby requests a ten day continuance to Monday, November 10, 2003, in which to file his opposition to Motion for Summary Judgment, on the following grounds, to wit:

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

EISENBERG, ANDERSON, MICHALIK & LYNCH, LLP