UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PABLO ROSA,                          :
                                     :
        Plaintiff,                   :
                                     :
        v.                           :      CASE NO. 3:00CV1367 (RNC)
                                     :
TOWN OF EAST HARTFORD, ET AL.,       :
                                     :
        Defendants.                  :

<u>ORDER</u>

Pursuant to the court's order of March 26, 2002, a joint trial memorandum is due to be filed 30 days after a ruling on a motion for summary judgment.  The ruling on defendants' motion for summary judgment was filed on March 31, 2004.

Accordingly, it is hereby ordered that the joint trial memorandum be filed on or before May 3, 2004.

So ordered.

Dated at Hartford, Connecticut this          day of April 2004.



                                    /s/RNC
                              Robert N. Chatigny
                          United States District Judge