FILED

2004 APR 30  P 3: 40

US DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PABLO ROSA, | * | CIVIL ACTION NO: |
| Plaintiff. | * | 3:00CV1367 (RNC) |
| | * | |
| VS. | * | |
| | * | |
| TOWN OF EAST HARTFORD; | * | |
| OFFICER WILLIAM PROULX; | * | |
| OFFICER FRANCIS J. MCGEOUGH; | * | |
| SGT. JAMES E. LEONARD; | * | |
| OFFICER THOMAS CASTAGNA; | * | |
| OFFICER JOHN DOE #1; | * | |
| CHIEF JAMES W. SHAY. | * | |
| OFFICER JOHN DOE #2; AND | * | |
| Defendants. | * | APRIL 30, 2004 |

### SUPPLEMENT TO MOTION TO EXTEND THE TIME
### TO FILE JOINT TRIAL MEMORANDUM

The Plaintiff, PABLO ROSA, in the above-captioned matter, hereby supplements his previous request for a continuance of the time within which to file the parties' Joint Trial Memorandum, which was consented to by opposing counsel, for the following additional reasons:

1. Counsel's mother, who is 74 years of age, recently underwent a mastectomy;

2. The undersigned's father is deceased;

3. The mastectomy was followed by complications and two additional surgeries;

4.  Another sibling is attending to the undersigned's mother while the undersigned is on trial in New Haven until, probably, at least May 28, 2004;

5.  Subsequent to said trial, the undersigned needs to take care of his mother on a regular basis, for at least a month's period of time, possibly longer.

Accordingly, the undersigned respectfully requests that this Court extend the parties' requirement to file a Joint Trial Memorandum until at least July 30, 2004.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF
PABLO ROSA

BY _____
David K. Jaffe
Eisenberg, Anderson, Michalik & Lynch
136 West Main Street
P.O. Box 2950
New Britain, CT 06051
(860) 229-4855
Fed. Bar No. CT04640

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed or electronically delivered to the following counsel of record on April 30, 2004:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

_____
David K. Jaffe