UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************
| | | |
|---|---|---|
| PABLO ROSA, | * | CIVIL ACTION NO: |
|     Plaintiff. | * | 3:00CV1367 (RNC) |
| | * | |
| VS. | * | |
| | * | |
| TOWN OF EAST HARTFORD; | * | |
| OFFICER WILLIAM PROULX; | * | |
| OFFICER FRANCIS J. MCGEOUGH; | * | |
| SGT. JAMES E. LEONARD; | * | |
| OFFICER THOMAS CASTAGNA; | * | |
| OFFICER JOHN DOE #1; | * | |
| CHIEF JAMES W. SHAY. | * | |
| OFFICER JOHN DOE #2; AND | * | |
|     Defendants. | * | JUNE 9, 2004 |

## MOTION TO EXTEND THE TIME TO FILE JOINT TRIAL MEMORANDUM

The Plaintiff, PABLO ROSA, in accordance with Fed. R. Civ. P. 6(b) and Local Rule 7(b), hereby requests of the court an order extending the time for filing its Joint Trial Memorandum. This motion is made on the grounds that:

1.  This case involves a claim that pursuant to 42 U.S.C. Section 1983, the defendant police officers, William Proulx, among others, in utilizing a police canine excessively, violated the civil rights of the Plaintiff, Pablo Rosa, causing him

      severe injury to his right calf, requiring several days of hospitalization and skin grafts, under color of law, pursuant to a custom and practice of the Defendant, Town of East Hartford, which was the moving force behind such violations of the Plaintiff's Constitutional rights.

2. The Court issued its ruling on Defendant's Motion for Summary Judgment on March 31, 2004.

3. On April 7, 2004, the Court ordered a joint trial memorandum to be filed on or before May 3, 2004.

4. Plaintiff's Counsel is still trying the matter of <u>Andrus ET AL v. Grasso ET AL</u>, CV-96-0392407-S in state court in New Haven.  At present time, this trial is now expected to last until at least June 17, 2004, perhaps longer.  Despite due diligence, the preparation and time required for Plaintiff Counsel's immediate trial has made it extremely difficult for Plaintiff's counsel to properly prepare a joint trial memorandum and adequately consult with Defendants' counsel trying the case to resolve numerous issues addressed in the joint trial memorandum.  In addition, Plaintiff's Counsel is still coping with the personal matters referenced in the supplement to Plaintiff's Motion for Extension, dated April 29, 2004.

5. In the context of the above, the undersigned has inquired with opposing counsel,

        and he has no objection to the instant request for extension of time to file a joint trial memorandum.

6.     The time for filing another motion has not yet expired and the court is authorized to grant an extension under Fed. R. Civ. P. 6(b).

7.     This is the second motion for extension of time filed by the Plaintiff with respect to filing the joint trial memorandum.

**WHEREFORE**, Plaintiff respectfully requests an order allowing the Plaintiff forty-five days from June 17, 2004, namely, until August 3, 2004, to file the joint trial memorandum.

            **PLAINTIFF, PABLO ROSA,**

      BY: _____
         David K. Jaffe, Esq.,
         Fed. Bar #04640
         Eisenberg, Anderson, Michalik & Lynch
         136 West Main Street
         P.O. Box 2950
         New Britain, CT   06050-2950
         Telephone: (860) 225-8403
         Fax: (860) 223-4026

## **CERTIFICATION**

This is to certify that the foregoing was mailed, postage prepaid, this 9th day of June, 2004 to:

Daniel DeMerchant, Esq.
Thomas R. Gerarde, Esq.
Howd and Ludorf
65 Wethersfield
Hartford, Connecticut 06106

_____
David K. Jaffe, Esq.