*[Handwritten margin note: Jury selection will take place on August 10, 2004, at 9:00 a.m. So ordered. No further extensions will be granted. June 10, 2004. Granted. Robert N. Chatigny, U.S.D.J.]*

**FILED**
2004 JUN 10 A 11: 13
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************

| | | |
|---|---|---|
| PABLO ROSA, | * | CIVIL ACTION NO: |
|     Plaintiff. | * | 3:00CV1367 (RNC) |
| | * | |
| VS. | * | |
| | * | |
| TOWN OF EAST HARTFORD; | * | |
| OFFICER WILLIAM PROULX; | * | |
| OFFICER FRANCIS J. MCGEOUGH; | * | |
| SGT. JAMES E. LEONARD; | * | |
| OFFICER THOMAS CASTAGNA; | * | |
| OFFICER JOHN DOE #1; | * | |
| CHIEF JAMES W. SHAY. | * | |
| OFFICER JOHN DOE #2; AND | * | |
|     Defendants. | * | JUNE 9, 2004 |

## MOTION TO EXTEND THE TIME TO FILE JOINT TRIAL MEMORANDUM

The Plaintiff, PABLO ROSA, in accordance with Fed. R. Civ. P. 6(b) and Local Rule 7(b), hereby requests of the court an order extending the time for filing its Joint Trial Memorandum. This motion is made on the grounds that:

1. This case involves a claim that pursuant to 42 U.S.C. Section 1983, the defendant police officers, William Proulx, among others, in utilizing a police canine excessively, violated the civil rights of the Plaintiff, Pablo Rosa, causing him