UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PABLO ROSA | : | NO.: 3:00CV1367 (RNC) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF EAST HARTFORD, | : | |
| OFFICER WILLIAM PROULX, | : | |
| OFFICER FRANCIS J. MCGEOUGH | : | |
| SERGEANT JAMES E. LEONARD, | : | |
| OFFICER THOMAS CASTAGNA, | : | |
| OFFICER JOHN DOE #1, | : | |
| OFFICER JOHN DOE #2, | : | |
| AND CHIEF JAMES W. SHAY | : | JUNE 29, 2004 |

**MOTION FOR CONTINUANCE OF TRIAL DATE**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the defendants, **Town of East Hartford, Officer William Proulx, Officer Francis J. McGeough, Sergeant James E. Leonard, Officer Thomas Castagna, Officer John Doe #1, Officer John Doe #2, and Chief James W. Shay**, hereby respectfully move this Court for a continuance of the August 10, 2004 trial date, said notice received by this office on June 15, 2004. The defendants, with plaintiff's counsel both consenting and joining, request that both jury selection and evidence begin the first week of October, 2004. In support of this motion, the defendants aver as follows:

1. This matter was believed to be trial ready on June 17, 2004 per this Court's original order regarding the filing of a joint trial management report;

ORAL ARGUMENT IS NOT REQUESTED

2. Due to plaintiff's counsel representing both personal and work related conflicts, the defendants, through counsel, did not object to plaintiff's motions for enlargement of time to file the joint trial management report. Said motions dated April 27, 2004 and April 30, 2004;

3. The court granted the plaintiff's motions for enlargement of time, with joint trial management reports now due August 3, 2004, but, in addition, further ordered that trial is to begin August 10, 2004;

4. The defendants represent that their trial counsel, Attorney Thomas R. Gerarde, has a long standing, family vacation scheduled in August, including baseball box seats at Fenway Park on August 10th and 17th, a trip to Cooperstown, NY during the third week of August, followed by a family trip to Maryland for the purpose of moving his son to college;

5. Co-counsel, Attorney Daniel C. DeMerchant, also has a pre-paid event out of state during the third week of August, being a golf invitational tournament at Mount Washington, NH.

6. Both attorneys represent that the trial as currently scheduled would create an undue hardship should it go forward at the present date and time;

7. Although the two above named attorneys are not the only attorneys who have filed Appearances in this or the only attorneys at the firm, they are the only two trial attorneys with intimate knowledge of this case;

8. Due to the complex legal and factual issues, numerous fact witnesses and expert witnesses, the number of parties involved in this case, it is in the defendants' best interest that Attorneys Thomas R. Gerarde and Daniel C. DeMerchant try this case;

9. The defendants represent that this is their first and only request for a continuance of the trial date;

10. The defendants required only a short continuance until the month of September, 2004, to try this matter; however, the defendants have contacted the plaintiff's counsel, Attorney David Jaffe, who represented that he also has personal and work conflicts in August. Attorney Jaffe further stated that he has personal and work related conflicts in September. Please refer to plaintiff's motion for enlargement of time to file joint trial report, which details Attorney Jaffe's family medical and work related issues. Accordingly, Attorney Jaffe represented that he both consents and joins in this motion.

WHEREFORE, the defendants, through their counsel, respectfully request that this Court grant this motion, and grant this brief continuance of the trial of this matter.

        DEFENDANTS,
        TOWN OF EAST HARTFORD, OFFICER WILLIAM PROULX, OFFICER FRANCIS J. MCGEOUGH, SERGEANT JAMES E. LEONARD, OFFICER THOMAS CASTAGNA,
        OFFICER JOHN DOE #1, OFFICER JOHN DOE #2, AND CHIEF JAMES W. SHAY

        By___/s/ Daniel C. DeMerchant__
        Daniel C. DeMerchant
        Howd & Ludorf
        65 Wethersfield Avenue
        Hartford, CT  06114
        (860) 249-1361
        (860) 249-7665 (fax)
        ct19342

**<u>CERTIFICATION</u>**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 29th day of June, 2004.

David K. Jaffe, Esquire
Eisenberg, Anderson, Michalik
 & Lynch, LLP
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950

             ___/s/ Daniel C. DeMerchant___
             Daniel C. DeMerchant
             Howd & Ludorf
             65 Wethersfield Avenue
             Hartford, CT  06114
             (860) 249-1361
             (860) 249-7665 (fax)
             ct19342