#89

7/7/04 Granted. Jury selection will be on October 12, 2004, at 9:00 a.m. Further postponements cannot be granted for whatever.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PABLO ROSA | : | NO.: 3:00CV1367 (RNC) |
| v. | : | |
| TOWN OF EAST HARTFORD, | : | |
| OFFICER WILLIAM PROULX, | : | |
| OFFICER FRANCIS J. MCGEOUGH | : | |
| SERGEANT JAMES E. LEONARD, | : | |
| OFFICER THOMAS CASTAGNA, | : | |
| OFFICER JOHN DOE #1, | : | |
| OFFICER JOHN DOE #2, | : | |
| AND CHIEF JAMES W. SHAY | : | JUNE 29, 2004 |

FILED 2004 JUN 30 P 1:48

## MOTION FOR CONTINUANCE OF TRIAL DATE

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the defendants, **Town of East Hartford, Officer William Proulx, Officer Francis J. McGeough, Sergeant James E. Leonard, Officer Thomas Castagna, Officer John Doe #1, Officer John Doe #2, and Chief James W. Shay**, hereby respectfully move this Court for a continuance of the August 10, 2004 trial date, said notice received by this office on June 15, 2004. The defendants, with plaintiff's counsel both consenting and joining, request that both jury selection and evidence begin the first week of October, 2004. In support of this motion, the defendants aver as follows:

1. This matter was believed to be trial ready on June 17, 2004 per this Court's original order regarding the filing of a joint trial management report;

ORAL ARGUMENT IS NOT REQUESTED