FILED

2004 JUL 27 A 11: 03

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PABLO ROSA, | \* | CIVIL ACTION NO: |
| Plaintiff. | \* | 3:00CV1367 (RNC) |
| | \* | |
| VS. | \* | |
| | \* | |
| TOWN OF EAST HARTFORD; | \* | |
| OFFICER WILLIAM PROULX; | \* | |
| OFFICER FRANCIS J. MCGEOUGH; | \* | |
| SGT. JAMES E. LEONARD; | \* | |
| OFFICER THOMAS CASTAGNA; | \* | |
| OFFICER JOHN DOE #1; | \* | |
| OFFICER JOHN DOE #2; AND | \* | |
| CHIEF JAMES W. SHAY. | \* | |
| Defendants. | \* | JULY 26, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S RULE 26 DISCLOSURE OF EXPERT WITNESS**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff hereby discloses the following individual as an expert witness who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence:

1. **Frank J. Gerratana, M.D.**

Appended hereto are a written report and letter prepared and signed by Dr. Frank J. Gerrantana, M.D., containing (a) a complete statement of all opinions to be expressed, within a reasonable degree of medical certainty, and the basis and reasons therefore; (b) the data or information considered by Dr. Gerratana in forming his expert opinion; (c) any exhibits to be

used as a summary of or support for the opinion. In addition, to be provided upon receipt from Dr. Gerratana, the Plaintiff will provide: (d) his qualifications, including a list of publications authored by Dr. Gerratana within the past ten (10) years; (e) the compensation to be paid for the study and testimony; and, (f) a listing of any other cases in which Dr. Gerratana has testified at trial or by deposition within the preceding four (4) years.

Dr. Gerratana is also expected to rely on additional pertinent discovery materials and exhibits as they are produced in this case in formulating his opinion for trial. Additionally, he may utilize demonstrative evidence as well.

Dated at New Britain, Connecticut, this 26th day of July, 2004.

**PLAINTIFF, PABLO ROSA,**

BY: *David K. Jaffe*
David K. Jaffe, Esq.
Eisenberg, Anderson, Michalik & Lynch
136 West Main Street
P.O. Box 2950
Fed Bar ct#04640
New Britain, CT 06050-2950
Telephone: (860) 229-4855
Facsimile: (860) 223-4026
Email: davidjaffe@eaml.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 26th day of July, 2004, to:

Daniel C. Demerchant, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
David K. Jaffe

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP • ATTORNEYS AT LAW
136 WEST MAIN STREET • POST OFFICE BOX 2950 • NEW BRITAIN, CT 06050-2950 • (860) 229-4855 • (860) 225-8403 • JURIS NO. 37765
FAX: (860) 223-4026

**EXHIBIT A**

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP • ATTORNEYS AT LAW
136 WEST MAIN STREET • POST OFFICE BOX 2950 • NEW BRITAIN, CT 06050-2950 • (860) 229-4855 • (860) 225-8403 • JURIS NO. 37765
FAX: (860) 223-4026

4

# Grove Hill Medical Center
### Orthopaedic Surgery & Sports Medicine

May 9, 2004

Attorney David Jaffe
P.O. Box 2950
New Britain, CT 06050

RE:     **Pablo Rosa**
MRN:    508157
DOB:    03/25/1962

Dear Attorney Jaffe,

I am writing in response to your request for additional medical information concerning Pablo Rosa. Enclosed is a copy of the progress notes from his most recent office visit of April 23, 2004.

As you know, he sustained a severe injury to his right lower leg on November 26, 1998 as the result of a dog bite. He reports having had surgical treatment of his wounds at Hartford Hospital which included skin grafting performed by Dr. Reid. He denies having had any problems with his right lower leg before the dog bite injury.

He now complains of some recurrent discomfort and a sensation of weakness of the right lower leg. The area of skin grafting to the right anterolateral area of the right leg at the level of the mid-tibia has a skin graft area of about 10cm x 12cm with hypoesthesia over the area of the lower leg distal to the skin graft. He has some atrophy of the right lower leg with the right calf being ½ inch less in circumference than the left. He also has a mild restriction of right knee flexion. The donor site of the skin graft of the right anterior mid thigh measures about 11cm x 15cm.

73 Cedar Street, New Britain, Connecticut 06052-1390    860•832•4666    Fax 860•832•4229

## Grove Hill Medical Center
### Orthopaedic Surgery & Sports Medicine

Pablo Rosa
Page 2

As a result of the right lower leg dog bite and subsequent surgery, he has some residual numbness and atrophy of the right lower leg as well as some restricted knee flexion. He has a 5% permanent partial disability of the right leg due to the residuals of his dog bit injury and subsequent surgery.

If you require additional information please contact my office.

Sincerely,

Frank J. Gerratana, M.D.

FJG/mlt

D:   05/09/2004
T:   05/10/2004

---

73 Cedar Street, New Britain, Connecticut 06052-1390   860•832•4666   Fax 860•832•4229

# Grove Hill Medical Center
## Orthopaedic Surgery & Sports Medicine

RE:     **Pablo Rosa**
MRN:    508157                              DOB:  03/25/1962

DATE:   04/23/2004                          **OFFICE VISIT**

**Present illness:** It has been almost one year since his last office visit when he was evaluated for the residuals of a dog bite to his right leg. He still complains of some chronic discomfort in the right lower leg associated with some numbness and weakness. He denies any problems with his right leg before the dog bite in 1998. He has not been taking medication lately. He works in the construction field.

**Physical examination:** His right lower leg has a 10cm x 12cm area which represents the site of the skin graft applied to the dog bite area with some hypoesthesia of the skin distal to this area towards his ankle. He has a mild restriction of right knee motion with flexion to 130°. He has full extension of the right knee. His left knee has full extension and flexion to 135°. The donor site of the skin graft appears to be his right mid-thigh and covers an area 11cm x 15cm with skin pigmentation changes. He has some mild atrophy of the right lower leg with a calf circumference of 14 ½ inches. His normal left calf has a circumference of 14 ¾ inches. His thigh circumference measured 3 inches above the patella bilaterally is 17 ½ inches. His right knee has some patellofemoral joint tenderness and crepitus.

**Impression:** He is mildly symptomatic from the residuals of his right lower leg dog bite and subsequent surgery causing some residuals atrophy, numbness, and discomfort.

**Plan:** He will continue with his regular work. He will take Tylenol and/or Aleve if necessary. He will return if new problem develop.

Frank J. Gerratana, M.D.

FJG/mlt

D:  05/08/2004
T:  05/10/2004

73 Cedar Street, New Britain, Connecticut 06052-1390    860•832•4666    Fax 860•832•4229