FILED

2004 JUL 29 A II: 07

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************************

| | | |
|---|---|---|
| PABLO ROSA, | * | CIVIL ACTION NO: |
| Plaintiff. | * | 3:00CV1367 (RNC) |
| | * | |
| VS. | * | |
| | * | |
| TOWN OF EAST HARTFORD; | * | |
| OFFICER WILLIAM PROULX; | * | |
| OFFICER FRANCIS J. MCGEOUGH; | * | |
| SGT. JAMES E. LEONARD; | * | |
| OFFICER THOMAS CASTAGNA; | * | |
| OFFICER JOHN DOE #1; | * | |
| CHIEF JAMES W. SHAY. | * | |
| OFFICER JOHN DOE #2; AND | * | |
| Defendants. | * | JULY 28, 2004 |

## MOTION TO EXTEND THE TIME TO FILE JOINT TRIAL MEMORANDUM

The Plaintiff, PABLO ROSA, in accordance with Fed. R. Civ. P. 6(b) and Local Rule 7(b),

hereby requests of the court an order extending the time for filing its Joint Trial Memorandum.

This motion is made on the grounds that:

1.    This case involves an individual claim that pursuant to 42 U.S.C. Section 1983, the

defendant police officers, William Proulx, among others, in utilizing a police canine

unreasonably, violated the civil rights of the Plaintiff, Pablo Rosa, causing him severe injury to

his right calf, requiring several days of hospitalization and skin grafts, under color of law,  and a

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP   •   ATTORNEYS AT LAW
136 WEST MAIN STREET   •   POST OFFICE BOX 2950   •   NEW BRITAIN, CT 06050-2950   •   (860) 229-4855   •   (860) 225-8403   •   JURIS NO. 37765
FAX: (860) 223-4026

Monell count alleging that, a custom and practice of the Defendant, Town of East Hartford was the moving force behind such violations of the Plaintiff's Constitutional rights.

2.      The Court issued its ruling on Defendant's Motion for Summary Judgment on March 31, 2004.  Numerous lay expert witnesses are expected to be called.

3.      The joint trial memorandum of the parties is currently due on August 3, 2004.

4.      Plaintiff's Counsel has just completed trying the matter of Andrus Et Al v. Grasso Et Al, CV-96-0392407-S in state court in New Haven and filing post-trial motions.  Additionally, Defendant's counsel has also been on trial recently.  Despite due diligence, such logistical problems have made it difficult to properly prepare a joint trial memorandum and to adequately consult with opposing counsel to resolve the issues in the joint trial memorandum by August 3, 2004.

5.      As such, Plaintiff's Counsel believes that an extension to Friday, August 13, 2004 will allow the parties to resolve outstanding issues without the Court's assistance in an orderly and effective fashion.

6.      In the context of the above, the undersigned has inquired of opposing counsel, and he has no objection to the instant request for extension of time to file a joint trial memorandum.

7.      The time for filing another motion has not yet expired and the court is authorized to grant an extension under Fed. R. Civ. P. 6(b).

- 2 -

8.    This is the third motion for extension of time filed by the Plaintiff with respect to filing the joint trial memorandum.

- 3 -

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP  •  ATTORNEYS AT LAW
136 WEST MAIN STREET   •   POST OFFICE BOX 2950   •   NEW BRITAIN, CT 06050-2950   •   (860) 229-4855   •   (860) 225-8403   •   JURIS NO. 37765
FAX: (860) 223-4026

**WHEREFORE**, Plaintiff respectfully requests an order allowing the Plaintiff seven days from August 3, 2004, namely, until August 10, 2004, to file the joint trial memorandum.

PLAINTIFF, PABLO ROSA,

BY: _____
David K. Jaffe, Esq.
Fed. Bar #04640
Eisenberg, Anderson, Michalik & Lynch
136 West Main Street
P.O. Box 2950
New Britain, CT  06050-2950
Telephone: (860) 225-8403
Fax: (860) 223-4026
E-mail: davidjaffe@eaml.com

- 4 -

**EISENBERG, ANDERSON, MICHALIK & LYNCH LLP** • *ATTORNEYS AT LAW*
136 WEST MAIN STREET  •  POST OFFICE BOX 2950  •  NEW BRITAIN, CT 06050-2950  •  (860) 229-4855  •  (860) 225-8403  •  JURIS NO. 37765
FAX: (860) 223-4026

## CERTIFICATION

This is to certify that the foregoing was mailed, postage prepaid, this 27th day of July, 2004

to:

Daniel DeMerchant, Esq.
Thomas R. Gerarde, Esq.
Howd and Ludorf
65 Wethersfield
Hartford, Connecticut 06106

David K. Jaffe, Esq.

- 5 -

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP  •  ATTORNEYS AT LAW
136 WEST MAIN STREET  •  POST OFFICE BOX 2950  •  NEW BRITAIN, CT 06050-2950  •  (860) 229-4855  •  (860) 225-8403  •  JURIS NO. 37765
FAX: (860) 223-4026