FILED

2004 JUL 29  A 11: 07

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**********************************************

| | | |
|---|---|---|
| PABLO ROSA, | * | CIVIL ACTION NO: |
|     Plaintiff. | * | 3:00CV1367 (RNC) |
| | * | |
| VS. | * | |
| | * | |
| TOWN OF EAST HARTFORD; | * | |
| OFFICER WILLIAM PROULX; | * | |
| OFFICER FRANCIS J. MCGEOUGH; | * | |
| SGT. JAMES E. LEONARD; | * | |
| OFFICER THOMAS CASTAGNA; | * | |
| OFFICER JOHN DOE #1; | * | |
| CHIEF JAMES W. SHAY. | * | |
| OFFICER JOHN DOE #2; AND | * | |
|     Defendants. | * | JULY 28, 2004 |

## MOTION TO EXTEND THE TIME TO FILE JOINT TRIAL MEMORANDUM

The Plaintiff, PABLO ROSA, in accordance with Fed. R. Civ. P. 6(b) and Local Rule 7(b),

hereby requests of the court an order extending the time for filing its Joint Trial Memorandum.

This motion is made on the grounds that:

1.    This case involves an individual claim that pursuant to 42 U.S.C. Section 1983, the

defendant police officers, William Proulx, among others, in utilizing a police canine

unreasonably, violated the civil rights of the Plaintiff, Pablo Rosa, causing him severe injury to

his right calf, requiring several days of hospitalization and skin grafts, under color of law, and a

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP  •  *ATTORNEYS AT LAW*
136 WEST MAIN STREET  •  POST OFFICE BOX 2950  •  NEW BRITAIN, CT 06050-2950  •  (860) 229-4855  •  (860) 225-8403  •  JURIS NO. 37765
FAX: (860) 223-4026

_Left margin, handwritten:_

ROBERT N. Chatigny/ U.S.D.J.

A request for extension of this date will be viewed with disfavor. Further requests for extension of this date will be viewed with disfavor and are not likely to be granted. So ordered.

July 30, 2004. Granted.

2004 JUL 30  U.S. DISTRICT COURT

_Top right, handwritten:_ 00cv1367 mtn ext