UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

******************************************
PABLO ROSA,                              *       CIVIL ACTION NO:
    Plaintiff.                           *       3:00CV1367 (RNC)
                                         *
VS.                                      *
                                         *
TOWN OF EAST HARTFORD;                   *
OFFICER WILLIAM PROULX;                  *
OFFICER FRANCIS J. MCGEOUGH;             *
SGT. JAMES E. LEONARD;       AND                 *
CHIEF JAMES W. SHAY.                     *
    Defendants.                          *       August 17, 2004
******************************************

**PLAINTIFF'S PROPSED SPECIAL VERDICT FORMS**

# #1

Use of Police Dogs—Special Verdicts

*VERDICT*

1. Did Defendant Officer William Proulx use unreasonable force in apprehending the plaintiff, Pablo Rosa?

    Yes _____ No _____

    a. If yes, was such use of unreasonable force a proximate cause of his injuries?

    Yes _____ No _____

2. Was there a failure on the part of the Defendant Chief James Shay to establish adequate investigation, monitoring and review of use of canines by East Hartford police officers in apprehending suspects?

  Yes_____No_____

  a. If yes, were such inadequate policies a proximate cause of Pablo Rosa's injuries?

  Yes_____No_____

3. Was there a failure on the part of the Defendant Town of East Hartford to establish adequate investigation, monitoring, and review of use of canines by East Hartford police officers in apprehending suspects?

  Yes_____No___

  a. If yes, were such inadequate polices a proximate cause of Pablo Rosa's injuries?

  Yes_____No_____

4. Did the Defendant, Chief James Shay, fail to establish adequate orders and rules to guide its police officers on how to use police canines when apprehending suspects?

  Yes_____No_____

  a. If yes, was such a failure a proximate cause of Pablo Rosa's injuries?

  Yes _____   No _____

5. Did the Defendant, Town of East Hartford, fail to establish adequate orders and rules to guide its police officers on how to use police canines when apprehending suspects?

Yes_____No_____

    a. If yes, was such a failure a proximate cause of Pablo Rosa's injuries?

Yes_____No_____

# #2

**Municipal Liability—Various Bases—Special Verdicts**

*Special Verdicts*

*Question 1.* Did the Town of East Hartford violate the constitutional rights of Pablo Rosa not to be deprived of his life or liberty absent due process of law in one or more of the following ways:

    A. Constitutionally inadequate training?

    Yes ____    No _____

    B. A custom or practice that caused the constitutional deprivation of Pablo Rosa's rights?

    Yes ____    No _____

    C.    Ratification of such City custom or practice by Chief Shay?

        Yes _____    No _____

*Question 2.*  If you have answered "yes" to either subparts A, B, or C, of Question 1, then answer this question.

    Was such conduct a proximate cause of the injuries to Pablo Rosa?

    Yes _____    No _____