UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PABLO ROSA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:00CV1367(RNC) |
| TOWN OF EAST HARTFORD ET AL., | : |
| Defendants. | : |

## SCHEDULING ORDER

After a status and prefiling conference held on January 9, 2003, at which the plaintiff was represented by Attorney David Jaffe and the defendants were represented by Jay DonFrancisco, it is hereby ORDERED.

1. All discovery, including discovery relating to expert witnesses, shall be completed by **March 10, 2003**. Future motions to extend time will be viewed with disfavor.

2. On or before **January 24, 2003**, counsel shall jointly report in writing to the undersigned's chambers whether a settlement conference is likely to be productive and, if so, an estimate of the length of time needed for the mediation session as well as counsel's view as to when a mediation session is most likely to result in settlement of the case.

3. During the prefiling conference the plaintiff's counsel agreed to consider the defendants' request that certain claims and defendants be dismissed from the complaint. The defendants' counsel shall make his request in writing to the plaintiff's counsel by no later than **January 24, 2003**. The plaintiff shall respond to the

defendants' request by no later than **February 7, 2003.**

    4.   Dispositive motions, if any, shall be filed on or before **April 9, 2003.**

    SO ORDERED at Hartford, Connecticut this 9th day of January, 2003.

                              /s/ Donna F. Martinez
                              Donna F. Martinez
                              United States Magistrate Judge