
RECEIVED
AUG 20 2003
BY: TRG/JTR

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PABLO ROSA, | \* | CIVIL ACTION NO: |
|     Plaintiff. | \* | 3:00CV1367 (RNC) |
| | \* | |
| VS. | \* | |
| | \* | |
| TOWN OF EAST HARTFORD; | \* | |
| OFFICER WILLIAM PROULX; | \* | |
| OFFICER FRANCIS J. MCGEOUGH; | \* | |
| SGT. JAMES E. LEONARD; | \* | |
| OFFICER THOMAS CASTAGNA; | \* | |
| OFFICER JOHN DOE #1; | \* | |
| OFFICER JOHN DOE #2; AND | \* | |
| CHIEF JAMES W. SHAY. | \* | |
|     Defendants. | \* | AUGUST 19, 2003 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S RULE 26 DISCLOSURE OF EXPERT WITNESS

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff hereby discloses the following individual as an expert witness who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence:

1. **Dean T. Hokanson, Ph.D, Clinical Psychologist**

Appended hereto is a written report prepared and signed by Dr. Dean Hokanson containing (a) a complete statement of all opinions to be expressed, within a reasonable degree of psychological certainty, and the basis and reasons therefore; (b) the data or information considered by Dr. Hokanson in forming his expert opinion; (c) any exhibits to be used as a summary of or support for the opinion; (d) his qualifications, including a list of publications authored by Dr. Hokanson within the past ten (10) years; (e) the compensation to be paid for the study and testimony; and, (f) a listing of any other cases in which Dr. Hokanson has testified at trial or by deposition within the preceding four (4) years.

Dr. Hokanson is also expected to rely on additional pertinent discovery materials and exhibits as they are produced in this case in formulating his opinion for trial. Additionally, he may utilize demonstrative evidence as well.

Cases in the past four years:

He may have testified in a couple of cases, but he does not keep such records and does not have an independent recollection of them.

Dated at New Britain, Connecticut, this 19th day of August 2003.

**PLAINTIFF, PABLO ROSA,**

BY: _/s/ David A. Jaffe_
David K. Jaffe, Esq.
Eisenberg, Anderson,
Michalik & Lynch LLP
136 West Main Street
P.O. Box 2950
Fed Bar ct#04640
New Britain, CT 06050-2950
Telephone: (860) 229-4855

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 19th day of August, 2003, to:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
David K. Jaffe

# CLINICAL ASSOCIATES OF GREATER HARTFORD, L.L.C.

JAMES C. BLACK, M.D.
CHARLOTTE LAROCCA, M.D.
ANN PRICE, M.D.
ADELE MARTEL, M.D.
JERROLD W. GOODMAN, PH.D.
DEAN T. HOKANSON, PH.D.
JANET SCHRAGER, PH.D.
ADAM JAFFE, PH.D.
ELEANOR HIRTREITER, PH.D.
CHRISTINE P. GAUDIO, L.C.S.W.
ARLENE D. JACKSON, L.C.S.W.
E. DIANE KIRKMAN, L.C.S.W.
LYNN DESIDERATO, MA

DEAN T. HOKANSON, PH.
CLINICAL PSYCHOLOGIS
68 SOUTH MAIN STREET
WEST HARTFORD, CT 06
TELEPHONE: (860) 561-61
FAX: (860) 561-6184

## Psychological Evaluation

Name: Pablo Rosa

Date of Birth: 3-25-1962
Date of Report: 6-28-2003

I have seen Pablo on five occasions to proceed with some diagnostic interviews and some psychotherapy.

Pablo is a 40 year old gentleman who came to the United States when he was 16 years of age. He had grown up in Puerto Rico where he had been an athlete and a body builder and he talks about all of the baseball trophies that he won as a youth.

Pablo currently lives in Hartford and works in a warehouse using forklifts and moving boxes and objects on palettes. The work can be very physically demanding in terms of lifting items and requires strength and stamina.

The reason for this evaluation stems from an event that occurred on Thanksgiving, three years ago. Pablo and some friends and relatives went to get some dominoes at another house and some of the people he was with began to have an argument. The police arrived and apparently Pablo moved to leave the situation and a police dog attacked his leg. Pablo reports that he spent several days in the hospital and they did skin grafts on him and she showed me the scar that he now carries.

This event has changed Pablo's life quite significantly. He is not able to run very well or very long and it has eliminated all of the sports that he used to participate in. At his job when he must lift boxes of Craftsman tools his leg has a tendency to give in and it thus limits how much weight

Pablo Rosa
Page 2

and how long he is able to lift the materials. He has had to develop a whole procedure for understanding how to care for the skin graft and how to rest his leg. He describes how very sensitive it is and so even if someone accidentally touches him or especially at work in any way he gets kicked or hit by some person or object it is extremely painful. He points out that even if his wife accidentally bumps into him in bed he is affected with a shot of pain and discomfort.

In addition to the physical limitations and pain that Pablo has experienced, there has also been a significant amount of emotional and social turmoil. Pablo has become very sensitive about how people respond to him and there are apparently some people at work who taunt him by barking when they see him to imitate the dog attack and by commenting about how much smaller his leg looks. Pablo has been ineffective in reducing this social feedback and it has put a strain on his working relationships with these people as he is so hurt and upset.

In addition Pablo has developed a conditioned emotional response of fear to dogs and when walking on sidewalks he will actually grab his wife and put her in between himself and a dog in an automatic response manner which is very embarrassing to his pride. The inability to distinguish between big dogs and small dogs, attack dogs or pets, show just how far the fear has generalized and Pablo will not enter a yard or walk down a street if there is a dog in his visual field. Pablo actually carries a newspaper article that was written about the particular dog that attacked him and its trainer that appeared in the newspaper when the dog was retired from active duty. For Pablo it serves as a reminder of the injustice that was done to him by the dog for no legitimate reason. That the dog is so honored and is viewed in such a positive way bothers Pablo a great deal.

In addition to the difficulty running and playing baseball and participating in active recreation, the scar has disfigured Pablo's leg significantly and he will not wear shorts or bathing suits or anything that displays just how significant the scar is on his body. Besides the fear and the embarrassment he worries about bees and even mosquitoes and anything that might bite or sting and he especially worries about wires that stick out at work from different areas.

There have been some altercations at work involving this situation. Pablo describes how he has had a new boss and one

Pablo Rosa
Page 3

time Pablo banged his chin and was unable to work for a period and the boss could not understand. In another instance a co-worker grabbed Pablo's leg and started barking and Pablo actually got upset and had to be taken into the office.

In addition to these social factors Pablo also gets physically tired just walking. He has to wear heavy boots at work and they especially tire him out. The moving of the palettes and needing to bend and get into awkward positions highlight the lack of strength that he now has in his leg. Even driving a car for any length of time tires him out.

The entire situation has made Pablo much more irritable and angry and upset and he finds that he is angry at work all the time, over-reacting to different people and actually having people ask him why he is always so angry and upset. He finds that he even can't do the type of physical horseplay with his wife's grandchildren that he used to be able to do.

Pablo is reminded everyday of this situation as even the pressure of water in the shower bothers him and then his skin becomes inflamed and itches. There is a sense of constant maintenance that is required to keep the skin from itching and to keep it smooth. Thus not only has this event influenced Pablo's view of dogs in the sense of not trusting dogs and not crossing a yard or entering a house that has a dog, but it has also influenced Pablo's view of himself physically in terms of what he has lost, what he looks like, and the situations that he now needs to go through.

The last time I saw Pablo was on June 28, 2003. He had a great deal on his mind. He was considering leaving for Allentown, Pennsylvania to take a new job but he was uncertain as to whether this was a good or bad plan. He had already begun anticipating a cookout on the 4th of July at a lake and he was worried about the sun getting on his skin or getting bitten by a mosquito or a bee and he was already in a defensive posture as to how he might go and participate and enjoy himself feeling so vulnerable. And then a strange thing had happened at work in which there was a car crash in the parking lot and the Police came. When Pablo started to go out to investigate with some of the other workers, one of them said "Pablo, you shouldn't be here, you are afraid of the Police." Pablo couldn't understand if this was a tease or if they were trying to protect him but it reminded him of just how much his feelings and thoughts towards a situation involving police have become so publicly negative.

Pablo Rosa
Page 4


There are many diagnostic impressions from these interviews with Pablo. There is certainly a Post Traumatic Stress Disorder level of conditioned anxiety that makes him extremely frightened of all types of dogs. There is a reactive depression quality in which he is feeling significant loss and also feeling himself to be more vulnerable and helpless to do much about it. The accident with the dog took much from Pablo in terms of his pride, his recreational activities, as well as making aspects of his work more difficult.

*Dean T Hokanson*

Dean T. Hokanson, Ph.D.

DTH:jo

# CLINICAL ASSOCIATES OF GREATER HARTFORD, L.L.C.

JAMES C. BLACK, M.D.
CHARLOTTE LAROCCA, M.D.
ANN PRICE, M.D.
ADELE MARTEL, M.D.
JERROLD W. GOODMAN, PH.D.
DEAN T. HOKANSON, PH.D.
JANET SCHRAGER, PH.D.
ADAM JAFFE, PH.D.
ELEANOR HIRTREITER, PH.D.
CHRISTINE P'GAUDIO, L.C.S.W.
ARLENE D. JACKSON, L.C.S.W.
E. DIANE KIRKMAN, L.C.S.W.
LYNN DESIDERATO, MA

DEAN T. HOKANSON, PH
CLINICAL PSYCHOLOGIS
68 SOUTH MAIN STREET
WEST HARTFORD, CT 06
TELEPHONE: (860) 561-61
FAX: (860) 561-6184

8-19-03

re: Pablo Rosa

My fee is $175 per hour

Dean T Hokanson, PhD

RESUME

Dean Thomas Hokanson, Ph.D.

Office:  68 South Main St.          Home:   106 Hunt Road
         West Hartford, CT 06107            Columbia, CT 06237
         (203) 561-6177                     (203) 228-0106

Birthdate: January 6, 1945

Marital Status: Married; three children

Areas of Interest: Psychological Assessment of all types: Developmental, cognitive, neuropsychological, psychoeducational, personality, vocational. Psychotherapy: Individual, group, family, parent counseling. Content areas: Learning disabilities, family systems, ego development, cognitive-behavioral interventions.

Education:
High School: Conestoga Senior High School, Berwyn, PA
College:     AB in Psychology at Duke University, Durham, N.C. 1967. Special Honors in sophomore and junior years.
Graduate School: Ph.D. in Clinical Psychology, University of Texas, Austin, Texas, 1971. Principal training under Janet Taylor Spence and Gordon Lindzey.

Internship:
1970-1971   Full time predoctoral Internship at the Institute of Living, Hartford, CT

Post Doctoral Training:
1971-1973 Postdoctoral Program in Psychoanalysis and Psychotherapy, New York University, New York City.
1978-1980 Summer Institute on Family Therapy - Ackerman Family Institute, New York City

Past Employment:
From 1969-1971 I did practicum at a state school for the retarded and developmentally disabled and a state hospital for long term chronic psychiatric patients.

1971-1974 I was the chief psychologist at the Newington Children's Hospital. I directed all psychological services for outpatient mental health and all of the inpatient children services (neurology, pediatrics, psychiatry).

1974-78 Assistant Hospital Administration for Patient Services, Newington Children's Hospital. I became responsible for coordinating the Psychiatric Service, being the Administrator in charge of the Departments of Psychology.

Teaching Experience:
From 1971-1973 at various times I have been an adjunct faculty member at St. Joseph's College in West Hartford, the Hartford Graduate Center, Greater Hartford Community College. I currently teach two courses a year at the University of Hartford.

Dean T. Hokanson                                          Page 2

Consultancies:
Joshua Center, Natchaug Hospital, Mansfield Center, CT
CREC Hearing Impaired Program (1973-1980)
State of Connecticut - Department of Rehabilitation Services;
Bureau of Disability Determination (1980-present).
Greenshire School, Cheshire, CT

Publications and Paper Presentations:
< Three Variations on a Systematic Desensitization Theme -
  Unpublished Second Year Project - U. of Texas, 1969
< Systematic Desensitization and Positive Cognitive Rehearsal
  Treatment of a Social Anxiety - Unpublished Doctoral Doctoral
  Dissertation - University of Texas, 1970 )
< When Handicaps Are All Around - paper presented at Eastern
  Psychological Association Convention, April 1972, Boston.
< The Diagnostic Decision Making Process: Factors Influencing
  Diagnosis and Changes in Diagnosis (with Dr. David
  Fitzgibbons). _American Journal of Psychiatry_, Volume 13 (9),
  September, 1973.
< Someone is Crying -paper presented at the National Association
  of Children's Hospitals and Related Institutions (NACHRI)
  annual meeting, Seattle, April, 1974.
  < Using Art with Children in the Schools -paper presented at
  the Art Education and the Exceptional Child Conference, January
  27, 1973, Queens College, New York.
< The Search for Cognitive Giftedness in Exceptional Children-
  published by Project SEARCH, New Haven Center for the Arts,
  May, 1976.
< I have made many presentations to local school groups,
  professional organizations, and local agencies. I have audio
  and video copies of most of these presentations.

Present Employment:
For the past 15 years I have been in full time private practice
with seven other mental health professionals. Half of my
practice is therapy, and half is evaluations of all types. I see
children, adolescents and adults. My approach is problem solving
and goal directed with a heavy cognitive-behavioral component.

Memberships:
    American Psychological Association
    Connecticut Psychological Association
    National Register of Health Providers in Psychology

Provider Membership:
    ConnectiCare, Connecticut Health Care, U.S. Behavioral Health,
    ACORN, Aetna Health Plans, U.S. Health Care, Blue Cross, Med
    Span, Met Life