Exhibit

A

– cont'd

REGINALD F. ALLARD, JR

### SPECIAL COURSES/CERTIFICATIONS

1974(Jan) Graduate/Connecticut Police Academy (100th Training Session)
1975 Black belt (Korean Karate)
1984 Command Training Institute, Babson College, Wellesley, Mass.1985(Jan)
1985(Jan) Sworn Special State Police Officer (29-18 police powers)
1985(March) FBI Defensive Tactics Instructor, FBI Academy,Quantico,
1985(May) Psycho-motor Skill Design Instructor Certification SD 796
1986(Nov) Certified intermediate PR-24 instructor
1986(May) Conventional Baton Instructor
1986(Jan) Certified Persuader instructor
1986(Oct) Police Firearms Instructor – NRA
1986(April) Domestic Violence - Abnormal Behavior Response
1987(March) Assertiveness Training
1987(May) Defensive Tactics - Handcuffing Instructor
1987(Sept) Stress Management instructor seminar
1988(Jan) Jail Suicide Prevention
1988(April) Criminal Investigation - Psychological Profiling
1988(April) National Auto Theft seminar
1988(April) National PR-24 Intermediate instructor seminar
1988(May) Pressure Point Defensive Tactics Instructor seminar
1988(June) Crowd Control:Demonstrations & Disorders
1988(Oct) Suicide Prevention Seminar
1988(Nov) Lateral Vascular Neck Restraint Techniques – Instructor
1989(Jan) Medical Response Technician
1989(March) Breath Analysis certified
1990(April) Senior Firearms Instructor
1990(April) Police Involved Shootings - Deadly Physical Force
1990(June) Critical Incident Stress Debriefing
1991(May) Police Shotgun Clinic
1991(June) Dealing with Suicidal Persons
1992(Jan) Police Civil Liability for Training Officers
1992(March) Law Enforcement Legal Update (30 hours)
1992(April) Chemical Aerosol Spray - Instructor
1992(June) Causes of Excessive Force & Bad Shootings - IACP
1993(Feb) Police Civil Liability
1993(Feb) Use of Force: Issues in Litigation
1993(April) 13th PR-24 International Conference-recertification
1993(May) S.W.A.T. Advanced Tactical Handgun & Shotgun
1993(May) Dealing with Suicidal Persons
1993(June) Causes of Excessive Force & Bad Shootings - IACP
1993(June) Jail Suicide Intervention
1993(September) AELE Police Civil Liability
1994(January) Police Photography/Crime Scene
1994(February) Use of Force/Officer Safety legal Issues
1994(April) Police Firearms/Second Weapon ( Rifle/Shotgun/SMG )
1994(May) Verbal Judo
1995(Jan) Crowd management - Urban violence
1995(March) Cooper Institute - Physical Fitness Trainer certification
1995(Sept) IALEFI International Firearms Conference - Amarillo, Texas
1995(Oct) Colt's Armorer School - Colts Firearms - Hartford,Ct.
1996 (July) FATS, Inc Certified Operators Course
1996(Sept) IALEFI International Firearms Conference - Mesa, Arizona
1997(Oct) AELE Conference- Police Civil Liability - Las Vegas, Nevada
1998 (Jan) Re-certification PR-24 Intermediate Instructor
1998(April) Use of Force Liability - Conn. Police Academy
1998(May) Carbine Rifle- Second Weapon - Conn. Police Academy
1998(Dec) Use of Force Liability - Connecticut Police Academy

REGINALD F. ALLARD, JR

1999(April) Department of Justice Washington D.C. Police Corp Training
1999(June) IACP Less Lethal Force Options - Instructor Trainer
1999(Sept) Police Legal Update
1999(Oct) Defensive Tactics Instructor Seminar - Part 1
2000(May) Defensive Tactics Instructor Seminar - Part 2
2000(June) Defensive Tactics Instructor Seminar - Part 3
2000(Sept) AELE Police Liability Conference Las Vegas, Nevada
2001(March) National Advisory Council FATS, Suwanee, Georgia
2001(September) Hostage/Barricaded Subjects Las, Vegas, Nevada
2002(March)Taser M-26 Instructor

## SEMINARS CONDUCTED

**Handcuffing Seminar**
Division of Parole - July 5, 1990
**Apprehension of the Parole Violator**
Division of Parole November 6 & 7, 1985
**Passive Restraint Techniques**
New Britain Emergency Medical Service - May 26, 1981
**Unarmed Defense & Techniques of Apprehension**
Division of Parole - November 7 & 21, 1988
**Defensive Tactics for Female Police Officers**
New Britain Police Department - March 29, 1984.
**Officer Safety**
Middle Atlantic States Correctional Association Conference May 6 & 7, 1991.
**Family Violence/Officer Responsibility**
Panel Discussion-Connecticut Probation & Parole Association May 7, 1992.
**Officer Safety**
Department of Liquor Control - February 27, 1991.
**Defensive Tactics for Women**
Junior Woman's Club of New Britain - March 2, 1982.
**Domestic Violence**
Greater New Haven Legal Secretaries Association - December 5, 1987.
**Self-Defense for Women**
The International Association of Lions Clubs Conference - February 3, 1990
**Officer Survival**
Drug Enforcement Agency - March 8, 1988
**Defensive Tactic/Arrest Procedures**
Adult Probation - 1992/3
**Weapons Safety Committee**
Department of Mental Health
Protective Services Coalition Representative - August - 1992
**Domestic Violence - Model Policy & Procedures Committee**
Municipal Police Training Council - October - 1986
**Domestic Violence - Train the Trainers Manual Development** Police
Procedures/Practices & Probable Cause Assessment - 1992/93
**Job Task Analysis - Curriculum Validity Committee**
Municipal Police Training Council - October 1993 - October 1994
**The New Psychologist Emergency Certificate Law - 17a-503**
Connecticut Psychological Association, Inc. Clarion Hotel,
Panelist/Presenter  - Hartford, Conn.  December 3, 1993
**OC Chemical Agent Certification**
**Worker's Compensation Peace Officers** - January 21, 1994
**Narcotics, Dangerous Drugs and Patrol- Tactical Motor Vehicle Stops**

REGINALD F. ALLARD, JR
*SEMINARS CONDUCTED(Con't)*

**Patrol/Narcotics officer survival: The Physical & Psychological Encounter**
Narcotic Enforcement Officers Association
Trumbull Marriott Hotel, Trumbull Connecticut. April 14, 1995
**Use of Force - Case Law Review**
Parole Division - State of Connecticut - April 21, 1995
Torrington, Connecticut Police Department - February 21, 1995
**Stress Management**
Connecticut Animal Control Officers Training Seminar
11th Annual Conference - September 19, 1996
Holiday Inn - Cromwell, Connecticut
**Domestic Violence - Train the Trainers Manual Development**
Police Procedures & Practices - 1997
**Bail Enforcement Agent Certification**
Connecticut Certified Program in Laws of Arrest, Search & Seizure, Use of Force,
and Constitutional Law - October 1997 to present
**Speaking Presentations: Road Rage & Worksite Violence**
Various business and school locations
**Civilian Firearms Board of Inquiry - Hartford, Connecticut**
**Deadly Physical Force - June, 2000**
**Suicide by Cop - Tactical Intervention Protocols**
New London, Connecticut Police Department - January, 2001
**Restraint & Control Instructor Development - March, 2001**
Connecticut Police Academy - Meriden, Connecticut
**Flying While Armed - February 2001**
Connecticut Police Academy
**Restraint & Control Instructor Development** - May, 2002
Connecticut Police Academy - Meriden, Connecticut

6

REGINALD F. ALLARD, JR

### Standard Connecticut Law Enforcement
### P.O.S.T. Instructor Certificates
### Connecticut Police Academy

- ■ - Firearms
- ■ - Human Behavior/Defusing Aggressive Behavior
- ■ - Shooting Decisions
- ■ - SWAT
- ■ - Defensive Tactics/Restraint & Control
- ■ - Suicide Intervention
- ■ - Mechanics of Arrest/Use of Force
- ■ - Baton/Impact weapons
- ■ - OC(Pepper Spray)Tactical Use
- ■ - Rape Crisis & Sexual Assault
- ■ - Crisis Intervention Techniques
- ■ - Crowd Control/Chemical Agents(CN/OC/CS)
- ■ - Abnormal Behavior
- ■ - Domestic Complaints
- ■ - Suspicious Persons
- ■ - Practical Patrol Procedures & Tactics
- ■ - Felony(high risk)M/V Stops - Pursuit Protocols
- ■ - Police Stress Management
- ■ - Laws of Arrest
- ■ - Gang Violence
- ■ - Weapons Laws
- ■ - Police Authority - Decision Making

### PROFESSIONAL AFFILIATIONS

International Association of Law Enforcement Firearms Instructors
American Society of Law Enforcement Trainers

Reginald F. Allard, Jr.
350 Rockwood Drive
Southington, Connecticut 06489

Voice # (860) 621-1013
Fax # (860) 621-1013

E-Mail: regallard@aol.com

Web page: http://www.expertcop.com
Web page: http://expertcoplaw.com

7

Pass four year Expert Witness Case History
Case 3:00-cv-01367-AHN    Document 98-3    Filed 08/17/2004    Page 6 of 14
Depositions, Affidavits, & Court Testimony 1998-2002
Reginald F. Allard, Jr.

1

1.  ***Guido Condosto v The Grand Union Company***                                   *- Plaintiff*
    Case Docket # 164-5-97
    October, 1998
    Deposition
    Re: *Assault/Battery – False Imprisonment – Negligence*
    *Store Security - Excessive Force - Civilian Arrest Procedures*
    Plaintiff Counsel – Attorney William E. Kraham
    67 Main Street
    Brattleboro, Vermont 05301
    Tel # (802) 257-5060 Fax # (802) 257-5779

2.  ***Moskowitz  v  Paul Ciesinski***                                               *- Plaintiff*
    Hartford, Connecticut
    Case # 396cv02559
    August, 1998
    *Affidavit Opinion Report*
    Re: 1983 Civil Rights violation – Excessive Force
    Plaintiff Counsel – Steven R. Dembo
    Berman, Bourns & Currie, LLC
    970 Farmington Avenue
    West Hartford, Connecticut
    Tel # (860) 232-4471 Fax #  (860) 523-4605

3.  ***Clarke v Township of Mt. Laurel, New Jersey***                                *- Plaintiff*
    Case # 96-2167
    July, 1998
    ***Re: Wrongful Death***
    ***Barricaded Subject protocol***
    ***Affidavit Opinion Report***
    Plaintff Counsel – Law Offices of Gary Ginsberg
    Attorney Adam Raditz
    3000 Atrium Way
    Suite 101
    Mount Laurel, New Jersey  08054
    Tel# (609) 727 – 1991

Pass four year Expert Witness Case History
Depositions, Affidavits, & Court Testimony 1998-2002
Reginald F. Allard, Jr.

Case 3:00-cv-0136- Document 98-3    Filed 08/17/2004    Page 7 of 14

2

4. *Wilson v. Sylvestre*                                                — *Defendant*
   Case Docket # cv97-0541575S
   January, 1999
   Testimony
   Re: *M/V Accident Negligence - Emergency Vehicle*
   Defendant Counsel
   Jeffrey W. Kennedy
   Milano & Wanat
   471 East main Street
   Branford, Connecticut 06405
   Tel # (203) 315-7000 Fax # (203) 315-7007

5. *State of Connecticut v. Scott Smith*                        — *Defendant*
   February, 1999
   Deposition
   *Re: Murder - Officer Involved Shooting*
   Defendant Counsel John Kelly
   Cantor, Floman, Russell, Gross, Kelly & Amendola
   378 Boston Post Rd
   Orange, Connecticut 06477
   (203) 795-1211

6. *Kevin Daley v William McClintock, st als*                — *Plaintiff*
   April, 1999
   Affidavit Opinion Report
   Deposition
   *Re: Negligence - Duty to Protect*
   Attorney Lisa M. Faris
   McGrail, Carroll & Faris, P.C.
   388 Est Main Street
   P.O. Box 1090
   Branford, Connecticut 06405
   Telephone (203) 483-0493 Fax: (203) 483-5125

7. *Lefebvre v City of Burlington, Vermont et al*            — *Plaintiff*
   July, 1999
   Deposition/Affidavit Opinion Report
   *Re: Excessive Force - Arrest Protocol - OC Spray*
   Plaintiff Counsel - Richard E. Davis, Jr.
   Davis & Tobin, P.C.
   Attorneys at Law
   30 Washington Street
   P.O. Box 666
   Barre, Vermont 05641
   Phone: (802) 476-3123 Fax: (802) 479-9590

**Pass four year Expert Witness Case History**
Case 3:00-cv-01367-AHN Depositions, Affidavits, & Court Testimony 1998-2002 Filed 08/17/2004 Page 8 of 14
Reginald F. Allard, Jr.

8. *Kotary v City of Syracuse, New York*                      *- Plaintiff*        3
    July, 1999
    Testimony
    *Re: Excessive Force - Prisoner Restraint and Transport Protocol*
    Plaintiff Counsel - Timothy P. Murphy
    Hancock & Estabrook, LLP
    1500 Mony Tower I
    P.O. Box 4976
    Syracuse, New York  13221-4976
    Phone: (315) 471-3151 Fax: (315) 471-3167

9. *Cappelli v Haverford Township, et al*                     *- Plaintiff*
    July, 1999
    Affidavit Opinion Report
    *Re: Wrongful Death - OC Spray - Police Procedures/Tactics Arrest Protocols*
    Plaintiff Counsel - Barbara L. Marquart
    Nicholas A. Clemete, P.C.
    Attorneys at Law
    Suite 1970
    123 South Broad Street
    Philadelphia, Pennsylvania  19109
    Phone: (215) 790-4000 Fax: (215) 790-4001

10. *Talmadge v. City of Port Jervis*                         *- Plaintiff*
    January, 1999
    Affidavit Opinion Report
    *Re: Negligence - Jail Suicide*
    Attorney Elliot S. Tetenbaum, Esq.
    Larkin, Axelrod, Trachte & Tetenbaum
    34 Route 17K
    Newburg, New York  12550
    Tel # (845)-562-3366/ (800) LAW-5141
    Fax # (845) 562-0859
    Web Page: http://www.trialattys.com

11. *State of Connecticut v Jose Colon*                       *- Defendant*
    May, 2000
    Court testimony
    *Re: Off-duty arrest protocol/assault*
    Defendant Counsel - Salvatore Bonanno
    67 Russ Street
    Hartford, Connecticut  06106
    Tel# (860) 527-6500 Fax# (860) 246-6786

**Pass four year Expert Witness Case History**
**Depositions, Affidavits, & Court Testimony 1998-2002**
**Reginald F. Allard, Jr.**

12. *Melinda Cosby, et al v City of Oakland, California*                    *-Plaintiff*         4
   August, 2000
   Opinion Report/Deposition
   *Re: Wrongful Death - Police Shooting/SWAT protocol*
   Plaintiff Counsel - Wayne Johnson
   Moore & Moore
   Attorneys at Law
   445 Bellevue Avenue, Second Floor
   Oakland, California 94610-4924
   Tel # 510-451-0104 Fax 510-451-5056
   E-mail Moorlaw@aol.com

13. *Neiderman v County of Suffolk, New York*                    *-Plaintiff*
   September, 2000
   Court Testimony
   *Re: Police Procedures - M/C pursuit protocol*
   Plaintiff Counsel - Glenn Gucciardo
   256 Main Street, Suite 206
   Northport, New York 11768
   Tel # (631)262-6911 Fax #(631) 262-8902

14. *Rebecca LaMay et al vs Town of Bloomfield, Connecticut*          *-Subpoena/Plaintiff*
   *Subpoena - Police Recruit Training - Crowd Control*
   *Court Testimony*
   December, 2000
   Attorney John A. Blazi
   1138 West Main Street
   Waterbury, Connecticut 06708
   Tel (203)-596-7953 Fax (203-596-7953
   e-mail: blazi.law@prodigy.net

15. *Tchourkina v City of New York, et al*                    *- Plaintiff*
   June, 2000
   Affidavit Opinion report
   *Re: Excessive Force - Domestic Violence Protocol*
   Plaintiff Counsel - Steven M. Weiner
   Reibman & Weiner
   26 Court Street
   Suite 1005
   Brooklyn, New York 11242
   Tel# (718) 522-1743 Fax# (718) 643-9297

**Pass four year Expert Witness Case History**
**Depositions, Affidavits, & Court Testimony 1998-2002**
**Reginald F. Allard, Jr.**

16. *Daniel Boyle v. John Carr, et al*                                  *- Defendant*          5
        November, 2000
        Affidavit Opinion Report
        *Re: Excessive Force - OC spray - P/C DWI arrest protocol*
        Defendant Councel - Attorney Robert J. Webber, III
        Cella, McKeon & Williams, P.C.
        21 Washington Street
        P.O. Box 221
        North Haven, Connecticut  06473-0221
        Tel # (203) 239-5851 Fax # (203) 234-2974

17. *City of Joplin vs. Mary K. Johnston*                               *- Plaintiff*
        October, 2000
        Affidavit Opinion Report
        *Re: Excessive Force - Arrest protocol*
        Plaintiff Counsel - R. Deryl Edwards, Jr.
        606 South Perl
        Joplin, Missouri  64801-2582
        Tel # (417) 624-8099 Fax # (417) 624-2205

18. *Reyes v. The City of New York, et al*                              *- Plaintiff*
        October, 2000
        Affidavit Opinion report
        *Re: Excessive Force - Arrest protocol - Terry Stop*
        Plaintiff Counsel - Steven M. Weiner
        26 Court Street
        Suite 1005
        Brooklyn, New York 11242
        Tel # (718) 522-1743 Fax # (718) 643-9297

19. *Sylvia Stinson(estate) v City of New York*                         *- Plaintiff*
        June, 2000
        Affidavit Opinion report
        *Re: Police Pursuit Protocol*
        Plaintiff Counsel - Nathan M. Belofsky
        500 Central Park Avenue # A 112
        Scarsdale, N.Y.  10583
        Tel # (914) 472-8528 Fax # (914) 472-8560

Pass four year Expert Witness Case History
Depositions, Affidavits, & Court Testimony 1998-2002
Reginald F. Allard, Jr.

Case 3:00-cv-01300-AHN    Document 93-3    Filed 08/17/2004    Page 11 of 14

20. *Joseph Parsons, et al. V. John Patterson*                                      *- Defendant*         6
    January, 2001
    Affidavit Opinion Report/Testimony
    *Re: Wrongful Death - Police involved shooting - Time & motion*
    Defendant Counsel:
    Assistant Attorney General - Stephen R. Sarnoski
    Office of the Attorney General
    State of Connecticut
    MacKenzie Hall
    Hartford, Connecticut  06105 -2294
    Fax: (860) 808-5593 Tel: (860) 808-5450

21. *AFSCME Co. 15, Local*                                                     *Subpoena/Defendant*
    *( Officer Kevin Burns vs Town of Southbury, Connecticut )*
    April, 2001
    *Re: Subpoena - Probable cause - Suicide Intervention Protocols*
    *Testimony - Labor Arbitration Hearing*
    Attorney Robert W. Smith
    Smith & Smith
    459 Middlebury Rd.
    Middlebury, Ct 06762
    (203-598-7111)

22. *Propp v Patrick Bowers*                                                        *- Defendant*
    April, 2001
    Case Review/Consultation/Affidavit Report
    *Re: False Arrest*
    Attorney James G. Williams
    Cella, McKeon & Williams, P.C.
    21 Washington Ave
    P.O. Box 221
    North Haven, Ct 06473-0221
    Telephone 203.239.5851 Fax 203.234.2974
    e-mail: Jamesw@cmwlawyers.com

23. *Reid v. Town of New Milford, et al*                                         *- Subpoena/Plaintiff*
    May, 2001
    *Re: Subpoena - Police Recruit Training Standards*
    *Use of Force/Deadly Physical Force*
    *Deposition*
    Attorney Joel T. Faxon
    Koskoff, Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, Ct 06604
    (203) 336-4421

Pass four year Expert Witness Case History
Case 3:00-cv-01367-AHN   Document 98-3   Filed 08/17/2004   Page 12 of 14
Depositions, Affidavits, & Court Testimony 1998-2002
Reginald F. Allard, Jr.

24. *Bonnie Keeney v City of New London, Connecticut*                    *- Subpoena/Plaintiff*[7]
    *Re: Subpoena - Police Training Use of Cap-Stun, Use of Force,*
    *Positional Asphyxia, Arrest & Control Tactics*
    *Deposition/Trial Testimony*
    June, 2001
    Attorney Michael Bradley
    39 Grove Avenue
    Westerly, RI 02891
    (401) 596-0808

25. *Scott Jones, et al v City of Dayton, et al*                    *- Plaintiff*
    October, 2001
    *Re: Vehicular Pursuit Protocol Training Procedures & Practices*
    *Affidavit/Deposition*
    Attorney Dennis J. Adkins
    Altick & Corwin Co., L.P.A.
    1700 One Dayton Centre
    One South Main Street
    Dayton,. Ohio 45402
    Tel: 937-223.1201 Fax: 937/223.5100
    http://www.altickcorwin.com

26. *Eckert v. Howell*                    *- Plaintiff*
    January, 2001
    Affidavit Opinion Report
    *Re: Duty to Protect - Accident scene negligence*
    Plaintiff Counsel
    Attorney John Tackach
    Larkin, Axelrod, Trachte & Tetenbaum
    356 Meadow Avenue
    Newburg, NY 12550
    Telephone - (845) 562-3366 Facsimile - (845) 566-5148

27. *Estate of Joseph Anthony Duncan v State of New York*                    *- Defendant*
    February, 2001
    Affidavit Opinion Report
    *Re: Wrongful Death - Prisoner restraint protocol*
    Defendant Counsel
    Attorney Victor J. D'Angelo
    Assistant Attorney General
    State of New York
    Office of the Attorney General - Claims Bureau
    120 Broadway
    New York, New York 10271
    Telephone - (212) 416-8500 Facsimile - (212) 416-8946

Case 3:00-cv-01367-AHN   Document 98-3   Filed 08/17/2004   Page 13 of 14

Pass four year Expert Witness Case History
Depositions, Affidavits, & Court Testimony 1998-2002
Reginald F. Allard, Jr.

8

28. *Williams v City of Schenectady, et al*                                          *- Defendant*
    February, 2002 -
    Re: *Excessive Force - Arrest Procedures & Practices*
    *Opinion Report - Deposition*
    Attorney James B. Tuttle
    Bohl, Della Rocca & Dorfman, P.C.
    634 Madison Avenue
    Albany, New York 12208
    Tel: 518.434.6111 Fax: 518.432.0772
    Jbtesq@nycap.rr.com

29. *Frank Damiano v. Darby, et Al*                                                  *- Defendant*
    January, 2002
    Re: *Excessive Force - Arrest Procedures & Practices*
    *Affidavit Opinion Report*
    Attorney James N. Tallberg
    Updike, Kelly & Spellacy, P.C.
    One State Street
    P.O. Box 231277
    Hartford, Connecticut
    Tel: 860.548.2611 Fax: 860.548.2680
    Jtallberg@uks.com

30. *Capozziello v. Hull No. 3:99cv2068(WWE)*                                        *- Defendant*
    April 9, 2002
    Affidavit Opinion Report
    Re: *Excessive Force – Arrest Procedures*
    Attorney Peter Kruzynski
    Susman, Duffy & Segaloff, P.C.
    Attorneys at Law
    55 Whitney Avenue
    New Haven, Connecticut  06510-1300
    Reply to :
    P.O. Box 1684
    New Haven, Ct 06507-1684
    Tel: 203-624-9830 Facsimile: 203-562-8430
    e-mail: pkruzynski@susmanduffy.com

31. *Robert Mark Isom v Town of Warren, Massachusetts*                               *- Plaintiff*
    May, 2002
    Affidavit Expert Opinion Report
    Re: *wrongful death, barricaded suicidal incident*
    Attorney Edward P. Manning
    15 Westminister Street Suite 821
    Providence, Rhode Island 02903
    Telephone (401) 457-0202 Facsimile (401) 454-5774
    emanning33@netzero.net




Reginald F. **Allard** Jr.



## Police Consultant - Expert Witness

**350 Rockwood Drive**
**Southington, Connecticut  06489**
**Phone: (860) 621-1013**
**Fax: (860) 621-1013**
**Cell Phone: (860) 919-7350**
**E-mail: regallard@aol.com**
**Web Site: http://www.expertcop.com**

# BILLING PRACTICES:

Retainer fee: A $1000.00 fee is expected forwarded along with case materials. This fee will cover the first 8 hours of work product.

Analysis of reports and documents, inspection of involved incident and/or crime scenes, travel, research, interviews, conferences, report writing and preparation for trials, hearings, depositions, review and correction of depositions, will all be billed at the hourly rate of $125.00

Out of state testimony including depositions, hearings and trials will be billed for an eight-hour day at the hourly rate of $175.00 ($1,400.00) for each day or part thereof. In state will be billed at a four hour allotted time plus expenses ($700.00). Additional hours will be billed at the hourly rate of $175.00.

Travel time will be billed at a rate of $75.00 per hour. All reasonable expenses including opposing counsel's outstanding fees incurred during assignment on a case, will be fully reimbursable by the client.

Additional expenses in support of case preparation, including such items as telephone charges, cost of photocopying, fax charges, typing, mileage related expenses as part of travel, photography and other related reasonable fees and expenses incurred for case opinion will be pass through, at cost, without markup.

Unless otherwise arranged, 50% of expected travel expenses ( e.g. airfare, car rental, hotel accommodation and meals are to be paid in advance of travel. The remaining fees will be invoiced on a per month basis. A 1.5% late fee will be assessed for each month the account is outstanding.

Reginald F. Allard, Jr.                         Client:_____


Date:_____            Date:_____


*If you forget what you have learned in training, the jury is sure to remember it for you!*
*If it is bound to happen, sooner or later, then train for it, sooner, rather than later!*

**January, 2001**