UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PABLO ROSA, | \* | CIVIL ACTION NO: |
|     Plaintiff. | \* | 3:00CV1367 (RNC) |
| | \* | |
| VS. | \* | |
| | \* | |
| TOWN OF EAST HARTFORD; | \* | |
| OFFICER WILLIAM PROULX; | \* | |
| OFFICER FRANCIS J. MCGEOUGH; | \* | RECEIVED BY |
| SGT. JAMES E. LEONARD; | \* | |
| OFFICER THOMAS CASTAGNA; | \* | OCT 0 3 2002 |
| OFFICER JOHN DOE #1; | \* | |
| OFFICER JOHN DOE #2; AND | \* | |
| CHIEF JAMES W. SHAY. | \* | |
|     Defendants. | \* | OCTOBER 2, 2002 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S RULE 26 DISCLOSURE OF EXPERT WITNESS

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff hereby discloses the following individual as an expert witness who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence:

1.    **Paul Chace, D.V.M.**

Appended hereto is a written report prepared and signed by Dr. Paul A. Chace, DVM, containing (a) a complete statement of all opinions to be expressed, within a reasonable degree of veterinary certainty, and the basis and reasons therefore; (b) the data or information considered by Dr. Chace in forming his expert opinion; (c) any exhibits to be used as a summary of or support for the opinion; (d) his qualifications, including a list of publications authored by Dr. Chace within the past ten (10) years; (e) the compensation to be paid for the study and testimony; and, (f) a listing of any other cases

in which Dr. Chace has testified at trial or by deposition within the preceding four (4) years.

Dr. Chace is also expected to rely on additional pertinent discovery materials and exhibits as they are produced in this case in formulating his opinion for trial. Additionally, he may utilize demonstrative evidence as well.

Dated at New Britain, Connecticut, this 2nd day of October, 2002.

                          **PLAINTIFF, PABLO ROSA,**

BY: _David K. Jaffe_
David K. Jaffe, Esq.
Eisenberg, Anderson, Michalik & Lynch
136 West Main Street
P.O. Box 2950
Fed Bar ct#04640
New Britain, CT 06050-2950
Telephone: (860) 229-4855

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 2nd day of October, 2002, to:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
David K. Jaffe



| OLD CANAL VETERINARY CLINIC | BRISTOL VETERINARY ASSOC. |
|---|---|
| 49 E. Main St. | 865 Terryville Ave. |
| Plainville, Conn. 06062 | Bristol, Conn. 06010 |
| 860 - 747-2759 | 860 - 583-4641 |

**VET CARE P.C.**

October 2, 2002

Re:  Pablo Rosa vs. Town of East Hartford, et al.

To Whom It May Concern:

I have reviewed photographs of the police German shepherd bite wounds inflicted on the left calf area of Pablo Rosa on November 26, 1998, which photographs reveal the state of the wound within a couple hours or so after the bite; within six months or so from today's date; and post-debridement as part of the skin graft procedure performed by Michael Reed, M.D., at the hospital after the dog bite.

Additionally, I have reviewed pertinent transcripts from the testimony of Pablo Rosa and Officer Francis McGeough respectively, relating to their versions of how the dog bite occurred, the ambulance report and portions of Mr. Rosa's medical records from Dr. Reed.

Based upon my background as a veterinarian, as referenced in my attached curriculum vitae and my knowledge of dog bites within my practice as a surgeon wherein almost 50% of my patients are dogs of some kind, I render the following opinions, within a reasonable degree of veterinary certainty, at this time:

1. The wound site is consistent with Mr. Rosa having been bitten more than one time, based upon the nature of the lower tooth marks on the left calf and the type and severity of damage to the calf;

2. Based on the nature and severity of the wound, it is likely that any biting of the calf took at least ten seconds and probably longer than that;

3. It is likely, assuming that Mr. Rosa was wearing long pants, that they ripped while he was being bitten, based on the nature and severity of the wounds which I have reviewed;

4. It is also likely, based on my review of the photographs, the ambulance report and Dr. Reed's medical records, that the wound started bleeding profusely almost immediately;



OLD CANAL VETERINARY CLINIC
49 E. Main St.
Plainville, Conn. 06062
860 - 747-2759

VET CARE P.C.

BRISTOL VETERINARY ASSOC.
865 Terryville Ave.
Bristol, Conn. 06010
860 - 583-4641

October 2, 2002
Page 2

5. As such, especially since the jeans were reported to have ripped and were likely to have ripped, such blood would be profuse and readily visible to the naked eye;

6. Based on the nature and severity of the wound, and my knowledge and observation of numerous dog bites, it is highly likely that the person bitten would have screamed upon being bitten;

7. Based on the nature and severity of the wounds observed through the photographs, it is likely that there were at least two different bites by the dog at the time that Pablo Rosa's left calf was bitten.

If you require any further information, please do not hesitate to call me.

Very truly yours,

Paul Chace, D.V.M.

Enclosure

My fee structure is as follows: Analysis of reports and documents, inspection of involved incident, travel, research, conferences, report writing and hearing, deposition and trial preparation will be billed at an hourly rate of $75.00. Testimony, including depositions, hearings and trials will be billed at a four-hour allotted time plus expenses of $500. Additional hours will be billed at the hourly rate of $125.00.

I have not testified in court within the past four (4) years.

*[signature]*

Paul A. Chace, D.V.M.

## Resume: Paul A. Chace, DVM

1980 - Admitted to Iowa State University Veterinary Medical College, Class of 1985

1981 - Zoo, Exotic, and Wildlife Club - Organized, charter member and officer

1983 - President of the Student Chapter of the American Veterinary Medicine Association

1984 - May - June, Senior Externship with Dr. Susan Clubb, DVM (now ABVP - avian) and recently AAV president, Miami, Fl., studied reptile and avian medicine

1984 - November - January 1985, Senior Externship with Cheshire Veterinary Hospital, Cheshire, CT., studied surgery under Dr. Richard Lau, DVM, ACVS, Ophthalmology under Dr. David Covitz, DVM, ACVO, and some avian and exotic mammals under Dr. Robert Giddings, DVM, (now ABVP - avian).

1984 - December, sat for National Veterinary Board Exams and Clinical Competency Tests.

1985 - March, received notification of successful completion of both the National Veterinary Board Examination and the Clinical Competency Tests.

1985 - 1986 - Brewer Veterinary Clinic, Brewer, ME. Associate veterinarian in a 3 veterinarian small animal practice with exotic pets and exotic hoof stock from nearby game farm. Provided emergency and routine veterinary care.

1986 - 1988 - Oakwood Veterinary Clinic, West Hartford, CT., Associate veterinarian in a 7 veterinarian small animal practice with exotic pets. Provided emergency and routine veterinary care in 4 offices.

1988 - 1989 - Veterinary Specialists of Connecticut, West Hartford, CT., Completed a veterinary internship under the mentorship of 2 Veterinary Internists (Dr. Larry Berkowit, DVM, ACVIM, Dr. Kenneth Knaack, DVM ACVIM) and a Veterinary Surgeon (Dr. Jeffery Berzon, DVM, ACVS). Provided routine and emergency veterinary care as well as received advanced training in surgery and medicine.

1989 - 1990 - Companion Animal Hospital of Springfield, Springfield, VA., Managed and provided veterinary care in a solo satellite small animal and exotic pet veterinary practice. The practice leased space to an exotic animal practice owned by Dr. Hanna Siemering, DVM that subcontracted me to do various exotic pet surgeries as the need arose.

1990 - Springfield Emergency Service, Springfield, VA., Provided emergency care to all pets in a 24 hour emergency clinic in the greater Washington, DC area.

1990 - Vienna Veterinary Emergency Clinic, Vienna, VA,. Provided emergency care for all pets in a large 24 hour emergency clinic in the greater Washington, DC area.

1990 - present - Old Canal Veterinary Clinic, Plainville, CT., Veterinarian and partner in a 5-veterinarian small animal and exotic pet practice. Provide routine and emergency veterinary care as well as managerial responsibilities. Professional interests include surgery (soft tissue and orthopedic surgery) and exotic pet care. Species treated include: rabbits, ferrets, guinea pig prairie dogs, snakes, iguanas, chameleons, birds (parakeets, parrots, macaws, conures, finches, cockatiels, cockatoos), turtles, rats, primates, pot bellied pigs, hamsters, gerbils, water fowl (including ducks and geese), chinchillas, and wildlife (including songbirds, mammals and birds of prey - hawks, owls).

**Associated Professional Services:**

House Rabbit Connection - provide veterinary care for rabbit rescue and facilitate adoptions. Have authored 2 articles for the HRC quarterly newsletter.

Old Canal Veterinary Clinic Pet Adoption Service - provide pro bono veterinary care primarily for dogs and cats, but occasionally exotic pet adoptions.

**Professional Affiliations:**

American Association of Veterinary Medicine - member
Association of Exotic Mammals - member
Association Of Amphibian and Reptile Veterinarians - member
Hartford County Veterinary Medical Association - member
Connecticut Veterinary Medical Association - member
Association of Avian Veterinarians - past member
House Rabbit Society - past member

**Continuing Education:**

1987 - ASIF Orthopedic Course of Fracture Fixation, The Ohio State University College of Veterinary Continuing Education
1986, 1990, 1992, - American College of Veterinary Surgery Continuing Education Forum
1990, 1994, 1999, 2002, - American College of Veterinary Internal Medicine Continuing Education Forum
1996, 1997, 2000, - North American Veterinary Conference
1999, 2000, 2001, 2002, - International Conference on Exotics

**Professional Publications:**

1. Novel Feline Autoimmune Blistering Disease Resembling Bullous Pemphigoid in Humans IgG Autoantibodies Targeting The NC16A Ectodomain of Type XVII Collagen (BP180/BPAG2).   Vet Pathology 36: 328-335 (1999) T. Olivery et al. I was fourth author and contributed clinical case history and data.
2. Anorexia Protocol For Rabbits, "In Pursuit of Hoppiness" (The House Rabbit Connection Quarterly Newsletter) vol. 2 #4: 6-7