```
                                                                    1
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3   PABLO ROSA                          3:00CV1367 (WWE)

 4   VS.

 5   TOWN OF EAST HARTFORD, ET AL    MARCH 21, 2002

 6

 7
                   DEPOSITION OF PABLO ROSA
 8

 9
     APPEARANCES:
10

11             EISENBERG, ANDERSON, MICHALIK
               & LYNCH, LLP
12                 Attorneys for the Plaintiff
                   136 West Main Street
13                 New Britain, Connecticut 06050
               BY: DAVID JAFFE, ESQUIRE
14                 TEL: (860) 229-4855

15             HOWD & LUDORF
                   Attorneys for the Defendants
16                 65 Wethersfield Avenue
                   Hartford, Connecticut 06114
17             BY: THOMAS GERARDE, ESQUIRE
                   TEL: (860) 249-1361
18

19   Present as Indicated:  William Proulx

20

21

22
                        SUSAN LEMIRE
23            REGISTERED PROFESSIONAL REPORTER

24

25



             NIZIANKIEWICZ & MILLER REPORTING SERVICE
```

EXHIBIT A

```
 1        A     Like say three, three to four feet or more.
 2        Q     All right.  So you're three or four feet
 3   away from the group, and who's in the group?
 4                 MR. JAFFE:  He said "or more."
 5                 MR. GERARDE:  Or more.
 6                 MR. JAFFE:  Point out for him how
 7        far away you were, like compared to something in
 8        here.
 9                 MR. JAFFE:  From here to where?
10        A     Like from that door to the door over here
11   (indicating).
12                 MR. JAFFE:  He's saying he was,
13        the distance was like from that door to that
14        door is how far away you were?
15        A     A little more.  From here to there.
16   BY MR. GERARDE:
17        Q     All right.  So what you are saying is, I
18   mean, there's doors that are probably fifteen or
19   twenty feet apart, at least, in this conference room.
20   And are you saying that there was a group that was
21   together but you were away from that group?
22        A     Right.
23        Q     And you're saying you were fifteen to
24   twenty feet away?
25        A     Not total fifteen feet but like eight or
```

```
 1   six to eight, around there.
 2        Q     Six to eight feet --
 3        A     Right.
 4        Q     How far away were you from the group?  What
 5   I want to know is are you between the stairs, the
 6   entry to the stairs and the very end of the hallway
 7   where those doors are?
 8        A     No, sir.
 9        Q     You were not?
10        A     No, sir.
11        Q     Somewhere in between there?
12        A     No, sir.
13        Q     Did you see the police come up to the top
14   floor?
15        A     No, sir.
16        Q     You never saw them?
17        A     No, sir.
18        Q     How did you know that police were on that
19   floor?
20        A     Somebody had said somebody had called the
21   police, since they were arguing.  Somebody said they
22   was going to call the police.  The next minute, around
23   five minutes a dog came up.  I did not see no officer.
24        Q     You did see a dog?
25        A     Yes, sir.
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

```
 1   STATE OF CONNECTICUT:
 2                            ss.
 3   COUNTY OF HARTFORD   :
 4                I, Susan Lemire, R.P.R., C.S.R., a
     Notary Public for the State of Connecticut, do hereby
     certify that the deposition of PABLO ROSA, was taken
     before me pursuant to Notice, at the office of
     Eisenberg, Anderson, Michalik & Lynch, 136 West Main,
     New Britain, Connecticut, commencing at 2:34 p.m., on
     March 21, 2002.
                 I further certify that the witness was
     first sworn by me to tell the truth, the whole truth,
     and his testimony stenographically reported by me and
     subsequently transcribed as hereinbefore appears.
                 I further certify that I am not related
     to the parties hereto or their counsel, and that I am
     not in any way interested in the event of said cause.
                     3rd  Dated at South Windsor, Connecticut
     this _____ day of April, 2002.


                              _____
                                      Susan Lemire
                              Certified Shorthand Reporter
                              Registered Professional Reporter
                                      Notary Public

     My Commission Expires October 31, 2003.


              NIZIANKIEWICZ & MILLER REPORTING SERVICE
```