CR 98 165019                    :     HARTFORD SUPERIOR COURT

STATE OF CONNECTICUT            :     JUDICIAL DISTRICT OF

                                :     HARTFORD

v                               :     AT HARTFORD

PABLO ROSA                      :     APRIL 14, 2000


TRANSCRIPT


BEFORE: The Honorable Allen W. Smith

APPEARANCES:

            For the State of Connecticut,

                Prosecutor Adam Scott, Esq.


            For the Defendant,

                Joseph Elder, Esq.




WITNESSES:      Officer Francis McGeough

                Officer William Proulx

                    East Hartford Police Department



Carol-Ann Neal

Court Monitor


EXHIBIT B

1        from the State.  It was filed -- it was -- I would say

         that I did FAX it over to Mr. Scott yesterday, probably

3        after he had gone for the day.

4                THE COURT: Yesterday?

5                MR. ELDER: Yes.  All I'm asking for, Your Honor,

6        in respect to the charges that the State specify on the

7        record what -- what, if at all possible with some kind

8        of time frame, what the different charges relate to in

9        terms of the Defendant's alleged behavior or conduct.

10               THE COURT: Is this a Paine v. Robinson?

11               PROSECUTOR: No, it's just a regular Court trial,

12       Your Honor.  It's not a violation of probation matter.

13       It's a --

                 THE COURT: All right, is it possible, or is it a

15       succession thing?

16               PROSECUTOR: He had --

17               THE COURT: For the alleged violation?

18               PROSECUTOR: It's possible, Your Honor.  What I

19       would request thought, is I know that -- that perhaps we

20       should put on the record a motion for sequestration of

21       witnesses at this time so that -- and prior to me

22       putting those facts on the record, or at least what the

23       State -- part of what the State claims as its evidence

24       --

25               THE COURT: All right.

                 PROSECUTOR:  -- the individuals who may testify

27       should be removed from the courtroom.

1          PROSECUTOR: Proceed -- the State's proceeding on a
breach of peace, interfering with a peace officer.
3    Indicates that that occurred on November 26th, 1998, the
4    Town of East Hartford.  I would indicate that in support
5    of the breach of peace, it's alleged that the Defendant
6    was part of a commotion that was -- that took place in
7    the hallway at 140 Silver Lane, I believe it is, on the
8    C level of the hallway.  I believe that's the 3rd floor
9    and he was witnessed by civilian witnesses to be
10   involved in that commotion, and as to the interfering
11   with the peace officer and the breach of peace, the
12   police officers responded to the civilian complaints
13   motion where the Defendant's alleged to have been, and
     interfered with the officer's investigations and efforts
15   during that response, Your Honor.

16          THE COURT: All right, does that narrow the
17   parameters for you, Mr. Elder?

18          MR. ELDER: Yes, Your Honor.  Just so that I'm
19   clear, with respect to the breach of peace, the alleged
20   breach of peace occurred before the police arrived at
21   the scene, and the interfering occurred after the police
22   had arrived at the scene.  One more question.  Was it --
23   if I can inquire --

24          THE COURT: Is that correct, Mr. Scott?

25          PROSECUTOR: That's actually inaccurate, Your
     Honor.  I would just indicate that the State claims as
27   there were civilian witnesses present during the

1    Defendant's flight from the police, that that component

     is also part of the breach of peace.  It's the State's

3    belief that it's an on going act.

4            THE COURT: All right, so they're not separate as

5    you stated, Mr. Elder.  Go ahead.

6            MR. ELDER: Okay.  All right.  All right.  Very

7    well.  Thank you, Your Honor.

8            THE COURT: All right, are we ready for trial?

9            MR. ELDER: Yes, Your Honor.

10           PROSECUTOR: The State calls it's first witness,

11   Officer Francis McGeough.

12

```
CR 98 165019                :    HARTFORD SUPERIOR COURT

STATE OF CONNECTICUT        :    JUDICIAL DISTRICT OF

                            :    HARTFORD

v                           :    AT HARTFORD

PABLO ROSA                  :    APRIL 14, 2000
```

## CERTIFICATION

I hereby certify that foregoing is a true and accurate transcript of the tapes of the above-entitled matter before the Honorable Allen W. Smith of the Superior Court for the Hartford Judicial District at Manchester on the 14, of April, 2000.

Dated this 9th day of January, 2002.

Carol-Ann Neal, Court Monitor