```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3   PABLO ROSA                          3:00CV1367 (WWE)

 4   VS.

 5   TOWN OF EAST HARTFORD, ET AL    MARCH 21, 2002

 6

 7
                     DEPOSITION OF PABLO ROSA
 8

 9
     APPEARANCES:
10

11             EISENBERG, ANDERSON, MICHALIK
               & LYNCH, LLP
12                  Attorneys for the Plaintiff
                    136 West Main Street
13                  New Britain, Connecticut 06050
               BY:  DAVID JAFFE, ESQUIRE
14                  TEL: (860) 229-4855

15             HOWD & LUDORF
                    Attorneys for the Defendants
16                  65 Wethersfield Avenue
                    Hartford, Connecticut 06114
17             BY:  THOMAS GERARDE, ESQUIRE
                    TEL: (860) 249-1361
18

19   Present as Indicated:  William Proulx

20

21

22
                         SUSAN LEMIRE
23              REGISTERED PROFESSIONAL REPORTER

24

25



          NIZIANKIEWICZ & MILLER REPORTING SERVICE
```

EXHIBIT A

47

```
 1        A    Like say three, three to four feet or more.
 2        Q    All right.  So you're three or four feet
 3   away from the group, and who's in the group?
 4                  MR. JAFFE:  He said "or more."
 5                  MR. GERARDE:  Or more.
 6                  MR. JAFFE:  Point out for him how
 7        far away you were, like compared to something in
 8        here.
 9                  MR. JAFFE:  From here to where?
10        A    Like from that door to the door over here
11   (indicating).
12                  MR. JAFFE:  He's saying he was,
13        the distance was like from that door to that
14        door is how far away you were?
15        A    A little more.  From here to there.
16   BY MR. GERARDE:
17        Q    All right.  So what you are saying is, I
18   mean, there's doors that are probably fifteen or
19   twenty feet apart, at least, in this conference room.
20   And are you saying that there was a group that was
21   together but you were away from that group?
22        A    Right.
23        Q    And you're saying you were fifteen to
24   twenty feet away?
25        A    Not total fifteen feet but like eight or
```

```
 1   six to eight, around there.
 2        Q    Six to eight feet --
 3        A    Right.
 4        Q    How far away were you from the group?  What
 5   I want to know is are you between the stairs, the
 6   entry to the stairs and the very end of the hallway
 7   where those doors are?
 8        A    No, sir.
 9        Q    You were not?
10        A    No, sir.
11        Q    Somewhere in between there?
12        A    No, sir.
13        Q    Did you see the police come up to the top
14   floor?
15        A    No, sir.
16        Q    You never saw them?
17        A    No, sir.
18        Q    How did you know that police were on that
19   floor?
20        A    Somebody had said somebody had called the
21   police, since they were arguing.  Somebody said they
22   was going to call the police.  The next minute, around
23   five minutes a dog came up.  I did not see no officer.
24        Q    You did see a dog?
25        A    Yes, sir.
```

NIZIANKIEWICZ & MILLER REPORTING SERVICE

```
 1    STATE OF CONNECTICUT:
 2                          ss.
 3    COUNTY OF HARTFORD  :
 4              I, Susan Lemire, R.P.R., C.S.R., a
 5    Notary Public for the State of Connecticut, do hereby
 6    certify that the deposition of PABLO ROSA, was taken
 7    before me pursuant to Notice, at the office of
 8    Eisenberg, Anderson, Michalik & Lynch, 136 West Main,
 9    New Britain, Connecticut, commencing at 2:34 p.m., on
10    March 21, 2002.
11              I further certify that the witness was
12    first sworn by me to tell the truth, the whole truth,
13    and his testimony stenographically reported by me and
14    subsequently transcribed as hereinbefore appears.
15              I further certify that I am not related
16    to the parties hereto or their counsel, and that I am
17    not in any way interested in the event of said cause.
18              Dated at South Windsor, Connecticut
19    this 3rd day of April, 2002.
20
21
22                          _____
                                  Susan Lemire
                            Certified Shorthand Reporter
23                          Registered Professional Reporter
                                  Notary Public
24
25    My Commission Expires October 31, 2003.


              NIZIANKIEWICZ & MILLER REPORTING SERVICE
```