# EAST HARTFORD POLICE DEPARTMENT INCIDENT REPORTS CONCERNING THE USE OF CANINE BRUNO

### 94-18584 - June 24, 1994 - Sergio Velez:

Canine Bruno was commanded to engage Velez after Velez refused to drop a board that he was waiving in a menacing manner. While attempting to handcuff Velez, he reached toward his lower right leg. Bruno engaged the suspect. A sharp pair of scissors was found inside the sock of Velez.

### 94-21341 – July 15, 1994 – Derrick Wooding:

Wooding crashed a car into a house. After ordering Wooding to stand still, Wooding, instead, fled into the woods. Canine Bruno was commanded to locate and apprehend the fleeing suspect.

### 94-21976 – July 20, 1994 – Stephan Roye:

Officers responded to a domestic, which turned into a volatile situation with angry people yelling. Roye was inciting the crowd with comments, and he was ordered to stop. He did not stop, and was informed he was under arrest. Roye resisted arrest and fought with the officers. Bruno engaged the suspect to assist with the arrest.

### 94-22267 – July 23, 1994 – Marcell Mays:

Mays dove out of a stolen vehicle while a pursuit was in progress. Warnings were given to stop or a canine would be released, which was ignored by Mays. Bruno apprehended Mays while Mays was in a flat out run.

### 94-25861 – August 20, 1994 – Alan and Michael Labreck:

There was a report of a fight at a bar, and a gun involved. The suspect was known as Alan Labreck. At the Lebreck residence, Michael Labreck slammed the steal door on Officer Proulx, and grabbed the officer. Bruno engaged the suspect.

### 94-30065 – September 24, 1994 – Peter Bartolomeo:

Officer Proulx responded with his K-9 to the Red Roof Inn, whereby the clerk at the front desk told him that a window into the room had been broken out. Witness reports that a party jumped out of the room through the broken window and that there was a thought this man had a gun. Officer Proulx investigated and found a man, Mr. Bartolomeo, crouched in some bushed approximately 15 feet away. The suspect was pointing a handgun at Officer Proulx. Officer Proulx drew his pistol, and sent K-9 Bruno, who was off lease, to engage the suspect. K-9 Bruno engage the suspect biting him just above his right knee. The suspect

surrendered by dropping the gun. The suspect's gun was found loaded with the safety in the off position.

### 94-37269 – November 27, 1994 – Bermudez, Delgando and Martinez:

Officer Proulx ordered three suspects to stop following the discovery that the vehicle the suspects had exited was stolen. The suspects did not stop, and, instead, attempted to flee. Canine Bruno was ordered to apprehend three fleeing suspects from a stolen motor vehicle.

### 95-2307 – January 22, 1995 – Leroy James:

During a motor vehicle stop, Officer Proulx informed the vehicle operator he was under arrest for DWI and misuse of plates. The operator started the car, and Officer Proulx reached in for the gearshift. Officer Proulx was caught and dragged 25-30 feet and nearly run over by the car. Bruno, without command, exited the police cruiser and engaged the operator through the open car door.

### 95-13278 – May 4, 1995 – Whitaker:

While investigating a report of a male trying to force his way into a female's apartment, a crowd gathered. Whitaker was in the crowd yelling "lets fuck up the police." Whitaker was told to stop threats or leave. Whitaker refused and was placed under arrest. Whitaker refused and continued to walk away. Officer Proulx and the K-9, Bruno, followed him. The officers attempted to grab Whataker, whereby Whitaker grabbed the officer in a headlock. Whitaker was warned to stop fighting with the officer or the K-9 would be released. Whitaker refused and Bruno was ordered to apprehend him.

### 95-22810 – July 22, 1995 – Gonzalez:

Officer Proulx and the canine Bruno began a track in order to locate the operator of an abandoned vehicle. The track led to a wooded area. The track led to an area where two suspects were hiding in bushes. The two were ordered to surrender or the canine would be released. One suspect began to flee and Bruno was ordered to apprehend him.

### 95-29661 – September 16, 1995 – Robert George:

EHPD was advised by the Glastonbury Police Department that they were in pursuit of a vehicle headed their way, and that the operator had numerous active warrants, including weapons violations. The suspect pulled onto a curb and fled on foot. Officer Proulx warned the suspect to stop or a trained police dog would be released, but the suspect continued to run up the alley. Bruno gave chase by passing the Glastonbury police officer, who was chasing the suspect, and then apprehended the suspect as he ran between a building and a fence.

<u>96-03028 - January 26, 1996 – George Tate</u>:

New Britain PD called to inform the EHPD that there was an active arrest warrant for one George Tate charging him with criminal attempt to comment murder and numerous other felony charges. Tate was seen walking outside 18 Brewer Street residence, whereby Officer Proulx was called in to assist with his arrest. When Tate observed the police officer coming he began to run east. Tate was warned to stop or a police dog would be released. Tate continued to run. The K-9 Bruno was ordered to apprehend him and did so by biting and holding Tate's right leg and pulling him to the ground.

<u>96-3810 – February 2, 1996 – Sullivan and Velazquez</u>:

Following a short pursuit of a stolen vehicle, the operator and passenger bailed out. Officer Proulx was called out to track and after a short track, the operator was found crouched down and his hands hidden. One officer reported that the suspect might have a gun as he observed him reach for his waistband. The suspect was ordered to show his hands. Following noncompliance, the officers tackled the suspect. The suspect fought the officers. During the fight, Canine Bruno engaged the suspect.

<u>96-3852 – February 3, 1996 – Richard Chandler</u>:

Officer Proulx was called to perform a building search for a robbery suspect. Warnings were given that they were the police and for anyone to respond. No one responded and the rooms were searched by Bruno. The robbery suspect, Chandler, was in the building and did not comply. Bruno apprehended Chandler.

<u>96-05227 – February 15, 1996 – Marsh and Trotier</u>:

Officer Proulx and Bruno were called in to perform a track of persons who fled from a stolen vehicle. The suspect was found hiding and acting in a furtive manner. The canine Bruno apprehended the suspect, who immediately gave up.

<u>96-7840 – March 9, 1996 – World and Dean</u>:

Officer Proulx attempted to arrest Dean after Dean refused his lawful commands to exit a bus. Dean violently fought officer Proulx, wrestling him on the ground near traffic. Bruno was commanded to engage Dean during the fight.

<u>96-14204 – May 2, 1996 – Timothy White</u>:

White ran following the officer's interruption of what appeared to be a drug sale. White was ordered to stop or a police canine would be released. Following noncompliance, the canine was ordered to apprehend the fleeing suspect.

3

<u>96-15159 – May 11, 1996 – Dejesus</u>:

Officer Proulx was dispatched to a house on a report of an occupant interrupting a burglary of her home, whereby the burglar fled on foot. Officer Proulx was called in to track the suspect. Following a short track, Bruno alerted that the suspect was nearby. Officer Proulx ordered the suspect to show his hands. The suspect did not comply, and Bruno was commanded to apprehend the suspect.

<u>96-18628 – June 9, 1996 – Morris</u>:

Manchester Police requested K-9 assistance when the pursuit of a stolen vehicle entered in a motor vehicle accident and the suspect fled on foot. During the track, Bruno alerted the officers to a suspect in the area. The suspect was ordered to show himself. After noncompliance, Bruno was commanded to apprehend the hiding suspect.

<u>96-25659 – August 3, 1996 – Derrick Nichols</u>:

Following the observation of reckless vehicle operation, the officer noticed the suspect abandon the vehicle and run into the woods. Officer Proulx was called in to perform a track. During the track, Bruno approached the suspect to perform a non-aggressive identification. The suspect then grabbed the dog and punched him. Officer Proulx approached the suspect and intervened, and became involved with a struggle. Bruno was commanded to engage a suspect. Another officer arrived and spayed the suspect with O.C. Spray.

<u>96-30502 – September 10, 1996 – Cooper and Warburton</u>:

Officer Proulx was called in to track suspects following a burglary. The suspects were tracked to a house. After knocking on the door, the officer noticed occupants fleeing. Believing a second burglary to be in progress, officers entered the home. After noncompliance with verbal orders, Bruno was ordered to apprehend one of the suspects that fled into a room, while the other officers apprehended the other two suspects, who fled to a different area of the home.

<u>96-32621 – September 27, 1996 – Anthony Brocuglio</u>:

After being threatened numerous times with the use of a pit bull dog, Officer Proulx informed Brocuglio that he was under arrest. Brocuglio pushed Officer Proulx down the steps of the rear door. A struggle ensued and Bruno was commanded to engage the suspect.

4

<u>96-43495 – December 27, 1996 – Stephen Phillips</u>:

Officers responded following the report of a storeowner concerning Phillips. Officers located the suspect, who appeared to be enticing them into a fight. The officers informed him he was under arrest, and Phillips, the suspect, did not comply with the orders to place his hands behind his back. The suspect then began to violently resist arrest. He was warned numerous times that if he continued to fight he would be bite by a police dog. Following noncompliance, Bruno engaged the suspect.

<u>97-3508 – January 31, 1997 – Rodriquez</u>:

Following a pursuit of a vehicle, occupants exited the vehicle running. Officer Proulx observed a metallic object in Rodriquez's right hand and yelled for him to drop the weapon. After twice yelling stop or he would release the police dog, he commanded Bruno to apprehend him.

<u>97-6425 – February 26, 1997 – Timothy Bailey</u>:

Following a narcotics sting operation, Bailey ran from the police. Officer Proulx, who was assigned to assist the narcotics division, released his K-9 after noncompliance with his warnings, in an attempt to apprehend the suspect.

<u>97-9826 – March 28, 1997 – Peter Johnson</u>:

Officers were dispatched to a bookstore for a panic alarm. Officers arrived to find a white male bleeding in the parking lot. The male yelled to the police officers to stop a second white male, who was entering a red Subaru Wagon. A pursuit then proceeded for the vehicle. During the pursuit, the suspect intentional rammed his vehicle into the officers' vehicle. Once stopped, the suspect attempted to flee. The suspect ignored Officer Proulx's request to surrender, and Bruno was commanded to apprehend him.

<u>97 – 9826 – March 28, 1997</u>:

Officer Proulx responded to assist officers in pursuit of a robbery suspect who had seriously injured a victim. The officer had engaged in a vehicle pursuit. The suspect had struck Officer Proulx's vehicle in almost a head-on manner. The suspect's vehicle was traveling too fast and attempted to make a U-turn and struck the north curb of Asylum Avenue. The suspect dove out the open window of the car. Officer Proulx yelled to surrender or a police dog would be released. The suspect continued his attempt to flee and was apprehended by Bruno.

<u>97-12256 – April 19, 1997 – Regina Olen Smith</u>:

Officer Proulx arrived at the residence noticing a security door, and an argument ensuing upstairs. Officer Proulx knew that there was another officer inside, but he could not get inside due to a locked security door. The officer inside the building would not respond to his radio. As Officer Proulx was about to break a pane of glass on the front door, unbeknownst to Officer Proulx, a woman opened the door. As the woman started to open the door and the K-9 Bruno bit her through the partially opened door. Officer Proulx immediately broke Bruno and disciplined the dog. Officer Proulx looked at the woman's abdomen after the woman repeatedly stated that she was going to get a lawsuit, and noted that the small abrasions did not break her skin.

<u>97-17209 – May 31, 1997 – Barile</u>:

Officer Proulx and his K-9 Bruno were involved in an arrest of four persons involved in a theft and stripping of a motor vehicle under the Charter Oak Bridge. Officer Proulx was faced with having to capture the three fleeing felons who did not comply with is lawful orders to stop running and surrender. The canine was ordered to apprehend the fleeing suspects.

<u>97-20659 – June 28, 1997 – James Clark</u>:

Clark was handcuffed and placed in back of a police cruiser following an assault by him upon another. Clark started kicking the cruiser door and window from the inside. Clark shattered the window, sending glass into the officer's face. Clark was sprayed with O.C. Spray. Officer Proulx and Sergeant Mormino arrived to assist. As Officer Proulx attempted to escort Clark back to Officer Mormino's patrol car, Clark bit into Officer Proulx's left hand small finger. Officer Proulx was unable to remove the finger from his mouth, and Clark bit through a portion of his finger from one side to the other. Bruno, who was watching, perceived to attack and engage the suspect. Upon being bitten, the suspect opened up his mouth allowing for Officer Proulx to withdraw his finger.

<u>97-21447 – July 4, 1997 – Edwin Santana</u>:

Officers were dispatched to a report of an assault, whereby a person was hit with a pipe and the assailant took off running down Silver Lane. Officer Proulx and Bruno began tracking the suspect. Officer Proulx called out the standard warning concerning his release of the police dog. There was no reply. Bruno was released into thick vegetation and a short time later he heard the suspect yell out approximately 50 yards away. Bruno apprehended the suspect.

<u>98-4856 – February 13, 1998 – Peter Canning</u>:

Officers reported to a disturbance made by Peter Canning whereby he was kicking a car and overturning numerous newspaper boxes along Main Street. As the officer arrived, he saw that Canning had a knife in his left hand and was holding it out in a threatening manner toward the officers. The officer repeatedly ordered the suspect to drop the knife. The suspect did not drop the knife. Officer Proulx then commanded K-9 Bruno to engage the suspect. During the struggle, another knife was found in the suspect's right hand.