UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PABLO ROSA, | : |
|     Plaintiff, | : |
|       v. | : CASE NO. 3:00CV1367 (RNC) |
| TOWN OF EAST HARTFORD, | : |
|     Defendant. | : |

## ORDER

In the interest of justice, the above identified case is hereby transferred to Judge Alan H. Nevas. All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number 3:00CV1367 (AHN). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this ___ day of September 2004.

/s/RNC
Robert N. Chatigny
United States District Judge