UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Pablo Rosa,<br>    Plaintiff, | : | 3:00cv1367 (AHN) |
| v. | : | |
| City of East Hartford et al.,<br>    Defendants. | : | |

### REFERRAL TO MAGISTRATE JUDGE

The captioned is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_ All purposes including trial upon written request by all parties (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

\_\_\_ A ruling on the following pending motions:

XXX A settlement conference (orefmisc/cnf). NB: Please include specified language in the order.

\_\_\_ A scheduling conference (orefmisc/cnf)

\_\_\_ Other: Status Conference (orefmisc./misc)

SO ORDERED.

Alan H. Nevas,
Senior U.S. District Judge

Dated this 20th day of October, 2004, at Bridgeport, Connecticut.