UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PABLO ROSA : | NO.: 3:00CV1367 (AVN) |
| : | |
| v. : | |
| : | |
| TOWN OF EAST HARTFORD, ET AL : | January 20, 2005 |

## MOTION FOR CONTINUANCE OF TRIAL DATE

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the defendants, TOWN OF EAST HARTFORD, ET AL, hereby respectfully move this Court for a continuance of the trial date currently scheduled for March 2005 until after August 31, 2005 and preferably until early 2006 as an individual named defendant, Officer Francis J. McGeough is in Iraq training the Iraqi National Police and will not return to the United States until sometime between August 2005 and early 2006.

In support of this motion, the defendants offer as follows:

1. This case was recently assigned for a trial calendar call for March 3, 2005 with jury selection set for March 7, 2005; See Doc. #117;

2. Following receipt of the calendar, counsel has recently learned that one of the individual defendants, Officer Francis J. McGeough, is outside of the United States and is in the Republic of Iraq training the newly constituted Iraqi National Police;

3. We have communicated with his spouse and have learned that Officer McGeough has no access to direct communications and will be returning to the United States some time between August 2005 and early 2006;

4. As a named defendant and as accused of misconduct by the plaintiff, Officer McGeough's testimony is necessary for the fair and just adjudication of this case;

5. Without Officer McGeough's live testimony, both he and his co-defendants will be prejudiced;

6. Since the filing of the joint trial memorandum, this case has been assigned for trial four (4) times: June 17, 2004, August 10, 2004, October 12, 2004 and now for March 7, 2005;

7. As set forth in an earlier motion, due to plaintiff's counsel representing both personal and work related conflicts, the defendants, through counsel, did not object to plaintiff's motions for enlargement of time to file the joint trial management report. Said motions dated April 27, 2004 and April 30, 2004; See Docs. #84, 86, 87;

8. The court granted the plaintiff's motions for enlargement of time, with joint trial management reports now due August 3, 2004, but, in addition, further ordered that trial is to begin August 10, 2004; See Docs. #88;

9. At that time, the defendants moved to continue the trial date as their trial counsel, Attorney Thomas R. Gerarde, had a long-standing family vacation scheduled in August, followed by a family trip to Maryland for the purpose of moving his son to college; See Doc. # 89;

10. Also at that time, co-counsel, Attorney Daniel C. DeMerchant, also has a pre-paid event out of state during the third week of August;

11. The August 2004 trial date would have resulted in an undue hardship should it go forward at the present date and time;

12. In that motion, the defendants requested only a short continuance until the month of September 2004, to try this matter.

13. At that time, however, plaintiff's counsel, Attorney David Jaffe, who represented that he also has personal and work conflicts in August. Attorney Jaffe further stated that he has personal and work related

conflicts in September. Attorney Jaffe had detailed his family, medical and work related issues in prior pleadings. See Docs. # 84, 86, 86;

14. While no motion was filed by plaintiff's counsel, the October 2004 date was continued because that date did not fit within this court's schedule as this case was recently transferred from Judge Chatigny to this court; See Doc. #110;

15. Had this trial gone forward when it was scheduled in June 2004, Officer McGeough would have been able to attend;

16. At a conference before this court, plaintiff's counsel expressed his inability to conduct the trial in October 2004 and provided evidence of a medical condition substantiating his inability;

17. The defendants represent that this is their second request for a continuance of the trial date; and

18. The defendants represent that they have contacted Attorney David Jaffe and they could not ascertain his position on this motion.

WHEREFORE, the defendants, through their counsel, respectfully request that this Court grant this motion for a continuance of the trial date in this matter until some time after August 31, 2005 and preferably until early 2006.

RESPECTFULLY SUBMITTED,

THE DEFENDANTS,
TOWN OF EAST HARTFORD, ET AL

/s/John J. Radshaw, III
Daniel C. DeMerchant, ct19342
John J. Radshaw, III, ct19882
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

3

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 20th day of January 2005.

David K. Jaffe, Esquire
Anderson, Reynolds & Lynch, LLP
1 Liberty Square, 2nd Floor
New Britian, CT 06050

                                                <u>/s/John J. Radshaw, III</u>
                                                John J. Radshaw, III