**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **PABLO ROSA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **3:00CV1367(AHN)** |
| | : | |
| **EAST HARTFORD, et al,** | : | |
| **Defendants.** | : | |

<u>**ORDER**</u>

A pretrial conference was scheduled in the above-captioned case for July 27, 2005, at 10:30 a.m.  A calendar noticing the conference was sent to all counsel of record, including David K. Jaffe.  Counsel did not appear at this conference.

In view of counsel's failure to appear at the pretrial conference, the court hereby imposes sanctions in the amount of $100 pursuant to Rule 16(f) of the Federal Rules of Civil Procedure and Rule 11(e) of the Local Rules of Civil Procedure (D. Conn.) which shall be paid to the Clerk of the Court at Bridgeport, Connecticut, on or before August 17, 2005.

SO ORDERED this 27th day of July, 2005, at Bridgeport, Connecticut.

---

Alan H. Nevas
United States District Judge