UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PABLO ROSA | : | NO.: 3:00-CV-01367 (AHN) |
| V. | : | |
| EAST HARTFORD, et al. | : | AUGUST 1, 2005 |

### APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of **Sally A. Roberts** as counsel for the plaintiff, **Pablo Rosa**, in addition to the appearance of **David K. Jaffe** of this firm already on file.

**Plaintiff, Pablo Rosa**

By: _/s/ Sally A. Roberts_
Sally A. Roberts
Federal Bar No. ct24828
Brown Paindiris & Scott, LLP
100 Pearl Street, Suite 1100
Hartford, CT 06103
Ph: (860) 522-3343
Fax: (860) 522-2490
Email: sroberts@bpslawyers.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Appearance was hand delivered, or mailed, first class postage prepaid, on this 1st day of August, 2005 to the following:

Daniel C. DeMerchant, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
*Counsel for defendants, Town of East Hartford,*
*William Proulx, Francis J. McGeough, James E.*
*Leonard, Thomas Castagna, John Doe #'s 1 and 2,*
*James W. Shay*

_____
Sally A. Roberts