UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PABLO ROSA | : | NO.: 3:00CV1367 (AHN) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF EAST HARTFORD, ET AL | : | AUGUST 31, 2005 |

**JOINT MOTION FOR CONTINUANCE**

The defendant, FRANCIS J. McGEOUGH, hereby moves for a continuance of the trial previously scheduled in the above-captioned matter to commence jury selection on Thursday, September 15, 2005. Officer McGeough is currently on a leave of absence from his employment with the Town of East Hartford Police Department and is serving as a police advisor to the United States Department of Defense in the Republic of Iraq. Accordingly, Officer McGeough should be afforded the protections of the Servicemembers Civil Relief Act, 50a U.S.C §501 *et seq*.

In support of this motion, the defendants offer as follows:

1. Officer McGeough is a named defendant in the above-captioned matter.

2. An affidavit by Officer McGeough is attached hereto.

3. Attorney Daniel DeMerchant, counsel for the Defendants, has spoken with Attorney David K. Jaffe, counsel for the Plaintiff and may represent that Attorney Jaffe has no objection to this motion and joins the same.

4. In August 2004, Officer McGeough took a leave of absence from the Town of East Hartford Police Department with the purpose of joining members of the United States Military Service on assignment in the Republic of Iraq in

ORAL ARGUMENT IS REQUESTED

        connection with operation Iraq Freedom.  Officer McGeough is assigned to an International Peacekeeping Police in a peacekeeping mission authorized by the United States Department of Defense.  He is specifically assigned to Civilian-Police Assistance Traiing Team of the Multi-National Security Transition Command-Iraq.

5. After returning from the Republic of Iraq on or about August 13, 2005, the United States government, through the Department of Defense, extended Officer McGeough's service.  Officer McGeough will be leaving the State of Connecticut on September 6, 2005 and will be returning to the Republic of Iraq within one or two days from another location of the United States.

6. He will be in the service of the United States government until after April 1, 2006.

7. At the time that he is in the Republic of Iraq, Officer McGeough is not authorized to leave, except with the permission of the United States Department of Defense.

8. Based on the foregoing, Officer McGeough is entitled to the protections of the Service Members Civil Relief Act, 50 U.S.C. §501 *et seq*.  Pursuant to 50 U.S.C. §519, as his attorney, the undersigned is empowered to act on his behalf and claim the protections thereunder.

9. Because Officer McGeough has notice of these proceedings, pursuant to 50 U.S.C. §522, the Court, in the interest of justice should stay these proceedings in their entirety.

10. Pursuant to 50 U.S.C. §521, Officer McGeough should be protected from any default judgment for failing to appear at trial which is scheduled to commence after jury selection on September 15, 2005.

11. Pursuant to 50 U.S.C.§525, this Court should enter a stay of this entire action for at least 90 days after the time of his return after April 1, 2006.

WHEREFORE, the defendant, Francis J. McGeough, prays that the Court grants his motion and stays this entire matter until 90 days after April 1, 2006, consistent with the Services Members Civil Relief Act, 50 U.S.C. §501 *et seq.*

THE PLAINTIFF,
PABLO ROSA

/s/ David K. Jaffe
David K. Jaffe, ct04640
Brown Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103-450650

THE DEFENDANTS,
TOWN OF EAST HARTFORD,
OFFICER WILLIAM PROULX,
OFFICER FRANCIS J. MCGEOUGH,
SERGEANT JAMES E. LEONARD,
OFFICER THOMAS CASTAGNA, and
CHIEF JAMES W. SHAY

/s/ John J. Radshaw, III
Daniel C. DeMerchant, ct19342
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 31st of August 2005.

David K. Jaffe, Esquire  
Brown Paindiris & Scott, LLP  
100 Pearl Street  
Hartford, CT 06103-450650

                                            <u>/s/ John J. Radshaw, III</u>  
                                            Daniel C. DeMerchant  
                                            John J. Radshaw, III