UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PABLO ROSA | : | NO.: 3:00CV1367 (AHN) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF EAST HARTFORD, ET AL | : | AUGUST 31, 2005 |

### AFFIDAVIT OF FRANCIS J. McGEOUGH

The undersigned, being duly cautioned and sworn, hereby deposes and says:

1. I am over eighteen years of age and I understand the obligations of an oath.

2. I am currently employed by the Town of East Hartford and have been so employed since 1992.

3. I have been on leave from my employment with the Town of East Hartford as a police officer since August 1, 2004 in order to work for the Multi-National Security Transition Command-Iraq ("MNSTC-I") administered by the United States Department of Defense as a police advisor in the Republic of Iraq.

4. I retain my employment with the Town of East Hartford based on the provisions of Conn. Gen. Stat. §5-259d, as amended.

5. The mission of MNSTC-I is to organized, train, equip and mentor Iraq security forces, in order to support Iraq's ultimate goal of the unified, stable and democratic Iraq, which provides a representative government for the Iraqi people; is underpinned by new and protected freedoms for all Iraqis in the growing market economy; and is able to defend itself and not pose a threat to the region.

6. To achieve that mission, the MNSTC-I has a two-pronged structure to achieve a credible and capable Iraqi security force. The two-pronged structure includes military and police components.

7. The military component is made up of two sub units: CMATT and JHQ. CMATT, or the Coalition Military Assistance Training Team, organizes, trains and equips the Iraqi Armed Forces. The military component has another element called the JHQ or the Joint Headquarters Advisory Support Team. This unit assists the Joint Headquarters of the Iraqi Armed Forces to develop command and control systems.

8. The police prong of the structure is embodied by CPATT or the Civilian Police Assistance Training Team. Comprised of both civilian and military police officers, CPATT organizes, trains, equips and mentors the Iraqi civilian police forces and the Department of Border Enforcement Forces and monitors, advises and certifies the facilities protection services forces in order to develop capable and credible Iraqi security forces.

9. At this time, I am employed by CPATT and operate as a police advisor alongside United States Military Police units working with Iraqi civilian police forces.

10. While on assignment to CPATT, I am assigned a card that states I am entitled to the protections of the Geneva Convention, as amended.

11. In August 2004, I traveled to Fort Bliss, TX and was trained-up for service in Iraq, leaving from that location on military charter to Iraq.

12. From August 2004 until August 12, 2005, I was stationed within the Republic of Iraq.

13. I am returning to the Republic of Iraq on September 6, 2005 and will not available until after April 1, 2006.

14. Therefore, I claim that I am entitled to the protections of the Servicemembers Civil Relief Act, 50a USC §501 *et seq.* and that trial in this case should be stayed until I have returned to the United States and am available after June 1, 2006.

Dated at Hartford, Connecticut, this 31st day of August, 2005.

_____/s/_____
FRANCIS J. MCGEOUGH

STATE OF CONNECTICUT    )
                        )   *ss: Hartford*
COUNTY OF HARTFORD      )

Subscribed and sworn to before me this 31st day of August, 2005

_____/s/_____
Commissioner of the Superior Court
Notary Public
My commission expires: