UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PABLO ROSA | : | NO.: 3:00-CV-01367 (AHN) |
| V. | : | |
| EAST HARTFORD, et al. | : | SEPTEMBER 15, 2005 |

FILED
2005 SEP 16 P 12: 38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**MOTION TO RECONSIDER
AND VACATE ORDER**

The undersigned in the above-captioned matter hereby represents as follows:

1. A status conference was scheduled on July 27, 2005, to discuss issues including the absence of the Defendant, Officer McGeough, from the country due to extension of his tour in Iraq, until at least early next year.

2. The order for appearance at the conference was sent by the Court by e-mail.

3. The undersigned had recently changed law firms.

4. Nobody in the undersigned's new law firm, Brown Paindiris & Scott, LLP, knew about the scheduled conference.

5. If anyone had, it would have been calendared, and the undersigned would have attended.

6. The undersigned has had numerous cases before the Court, Nevas, Judge, throughout the years, and has never missed, until now, any scheduled appearance in Court.

7. Upon learning of having missed the conference, the undersigned immediately called opposing counsel from his car phone, and explained what happened, and apologized.

8. Shortly thereafter, the undersigned contacted the Court Clerk, Arthur Palmieri, as well, explained what happened, apologized profusely and asked what could be done to make amends to the Court.

9. Several followup discussions ensued.

10. Pursuant to such discussions, the Defendant filed a joint motion with the Plaintiff detailing the case status and requesting an agreed to extension of the case until some time after Officer McGeough returns home from Iraq early next year.

11. Once again, the undersigned is contrite and apologizes profusely to the Court for inadvertently missing the status conference.

12. Opposing counsel has no objection to the lifting of sanctions in this matter.

**WHEREFORE,** for good cause shown, the undersigned respectfully requests that the Court reverse and vacate its Order for Sanctions at this time.

**Plaintiff, Pablo Rosa**

By: /s/ David K. Jaffe
David K. Jaffe
Federal Bar No. ct04640
Brown Paindiris & Scott, LLP
100 Pearl Street, Suite 1100
Hartford, CT 06103
Ph: (860) 522-3343
Fax: (860) 522-2490
Email: djaffe@bpslawyers.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, on this 15th day of September, 2005 to the following:

Daniel C. DeMerchant, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
*Counsel for defendants, Town of East Hartford, William Proulx, Francis J. McGeough, James E. Leonard, Thomas Castagna, John Doe #'s 1 and 2, James W. Shay*

/s/ David K. Jaffe
David K. Jaffe