**ORDER**

A Motion to Reconsider and Vacate Order having come before the Court, it is hereby:

ORDERED / DENIED.

BY THE COURT

_____<br>United States District Judge/ Clerk

Date: