UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PABLO ROSA | : | NO.: 3:00-CV-01367 (AHN) |
| V. | : | |
| EAST HARTFORD, et al. | : | APRIL 4, 2006 |

### MOTION FOR CONTINUANCE

The Plaintiff in the above-captioned matter hereby represents as follows:

1.     The Plaintiff lives in Pennsylvania.

2.     The parties are in the process of attempting a negotiated settlement.

3.     The argument originally scheduled for March 21, 2006, was continued for the purpose of the parties negotiating this matter.

4.     The soonest the plaintiff could arrive at the undersigned's office in Hartford, Connecticut is Friday, April 7, 2006.

5.     The parties are hereby requesting that the argument set for April 5, 2006 at 3:00 pm be continued until at least one week from this Friday, April 7, 2006.

6.     The defendant consents to this request.

7.     Plaintiff's counsel, Attorney David K. Jaffe, is out of State and returns Wednesday, April 5, 2006.

**WHEREFORE**, the plaintiff respectfully requests that the argument, upon good cause shown, be continued for the reasons stated above.

                                              **Plaintiff, Pablo Rosa**

By: _____
J. Lawrence Price, Esq.
Federal Bar No. ct00998
Brown Paindiris & Scott, LLP
100 Pearl Street, Suite 1100
Hartford, CT 06103
Ph: (860) 522-3343
Fax: (860) 522-2490
Email: lprice@bpslawyers.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion was mailed and facsimile delivered on this 4th day of April, 2006 to the following:

Daniel C. DeMerchant, Esq.
Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
*Counsel for defendants, Town of East Hartford, William Proulx, Francis J. McGeough, James E. Leonard, Thomas Castagna, John Doe #'s 1 and 2, James W. Shay*

J. Lawrence Price