UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PABLO ROSA | : | |
| v | : | 3:00cv1367 (AHN) |
| TOWN OF EAST HARTFORD WILLIAM PROULX, FRANCIS J. McGEOUGH, JAMES E. LEONARD, THOMAS CASTAGNA, JOHN DOE, JAMES W. SHAY | : : | |

### J U D G M E N T

     Notice having been sent to counsel of record on April 28, 2006, by order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before May 28, 2006 and

    No closing papers or further requests for action having been received within the time specified, therefore,

    It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to re-open the case if the settlement has not been consummated.

    Dated at Bridgeport, Connecticut this 15th day of June 2006.

                                  KEVIN F. ROWE, CLERK

                                  BY ___/s/_____
                                        Alice Montz
                                        Deputy Clerk

Entered on Docket_____